UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LINWOOD GEQUAN WALDEN, #1469223, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CHADWICK DOTSON, DIRECTOR OF ) <br> THE VIRGINIA DEPARTMENT OF ) <br> CORRECTIONS,. ) <br> ) <br> ) <br> Respondent. ) <br> _____) | Case No. 1:24-cv-173-MSN-LRV |

ORDER

This matter comes before the Court on Respondent's unopposed Motion for Enlargement of Time, (Dkt. No. 6) (the "Motion"), wherein Respondent requests an additional thirty (30) days to respond to the Petition for Writ of Habeas Corpus. Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Respondent shall file a response, if any, to the Petition (Dkt. No. 1) on or before December 1, 2025. Thereafter, Petitioner shall have an opportunity to file a reply to Respondent's response on or before December 15, 2025.

The Clerk is directed to forward a copy of this Order to counsel of record.

**ENTERED** this 29th day of October, 2025.

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia