IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**LINWOOD GEQUAN WALDEN,**

    **Petitioner,**

v.                                  Case No. 1:24-cv-173-MSN-LRV

**CHADWICK DOTSON, DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS**

    **Respondent.**

## MOTION TO DISMISS AND RULE 5 ANSWER

THE RESPONDENT comes pursuant to Rule 5, *Rules – governing § 2254 Cases*, and moves this Court to dismiss the petition for a writ of habeas corpus filed herein attacking the judgments of the Circuit Court of the City of Richmond entered on October 16, 2020 and January 15, 2021, which denied the petitioner's motion for expert funds and sentenced him for his convictions of robbery and abduction with intent to obtain pecuniary benefit.

The reasons requiring dismissal are set forth in the accompanying brief, which is incorporated by reference.

WHEREFORE, the respondent asks this Court to deny and dismiss the petition for a writ of habeas corpus in its entirety.

                                          Respectfully submitted,

                                          **CHADWICK DOTSON, DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS**

                    By:    /s/_____
                           J. Brady Hess
                           Assistant Attorney General
                           Virginia State Bar No. 98223
                           Attorney for Respondent

                           OFFICE OF THE ATTORNEY GENERAL
                           202 North 9th Street
                           Richmond, Virginia 23219
                           (804) 786-2071 phone
                           (804) 371-0151 fax
                           oagcriminallitigation@oag.state.va.us

## CERTIFICATE OF SERVICE

      I certify that on November 26, 2025, I electronically filed the foregoing Motion to Dismiss and Rule 5 Answer with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following counsel of record in this case:

Meghan Shapiro, Esq.
Law Office of Meghan Shapiro
VSB No. 79046
421 King Street, Suite 505
Alexandria, VA 22314
703-915-9594 (phone)
shapiro.meghan@gmail.com

Daniel Goldman, Esq.
The Law Office of Daniel E. Goldman, PLLC.
VSB No. 82144
421 King Street, Suite 505
Alexandria, VA 22314
202-677-5709 (phone)
dan@dangoldmanlaw.com

By:   /s/_____
       J. Brady Hess
       Assistant Attorney General
       Virginia State Bar No. 98223
       Attorney for Respondent

       OFFICE OF THE ATTORNEY GENERAL
       202 North 9th Street
       Richmond, Virginia 23219
       (804) 786-2071    phone
       (804) 371-0151    fax
       oagcriminallitigation@oag.state.va.us