

# In The
# Court of Appeals of Virginia

---

RECORD NO. 1376-20-2

---

**LINWOOD GEQUAN WALDEN, JR.,**

*Appellant,*

v.

**COMMONWEALTH OF VIRGINIA,**

*Appellee.*

---

**JOINT APPENDIX
VOLUME I OF II
(Page 1 – 384)**

---

Meghan Shapiro (VSB No. 79046)
VIRGINIA INDIGENT DEFENSE COMMISSION
1604 Santa Rosa Road, Suite 200
Richmond, Virginia 23229
(804) 662-7249 (Telephone)
(804) 662-7359 (Facsimile)
mshapiro@vadefenders.org

*Counsel for Appellant*

Susan B. Wosk (VSB No. 87343)
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 (Telephone)
(804) 371-0151 (Facsimile)
oagcriminallitigation@oag.state.va.us

*Counsel for Appellee*

# TABLE OF CONTENTS
# VOLUME I OF II

**Appendix Page**

Indictments
(Va. Code § 18.2-48 (I))
    filed September 25, 2019 ................................................................. 1

Order of
The Richmond Metropolitan Multi-Jurisdiction Grand Jury
Re: Multi-Jurisdiction Grand Jury
    entered September 25, 2019 ........................................................... 2

Indictments
(Va. Code § 18.2-48 (i))
    filed September 25, 2019 ................................................................. 3

Order of
The Richmond Metropolitan Multi-Jurisdiction Grand Jury
Re: Multi-Jurisdiction Grand Jury
    entered September 25, 2019 ........................................................... 4

Checklist for Bail Determinations
    filed October 1, 2019 ....................................................................... 5

Financial Statement – Eligibility Determination for Indigent
Defense Services
    filed October 1, 2019 ....................................................................... 6

Warrant of Arrest 1 – Felony
    filed October 15, 2019 ..................................................................... 7

Checklist for Bail Determinations 2
    filed October 15, 2019 ..................................................................... 9

Financial Statement – Eligibility Determination for Indigent
Defense Services with Attached Presumptive Eligibility
    filed October 15, 2019 ................................................................... 10

Warrant of Arrest 2 – Felony
 filed October 15, 2019 ....................................................................... 12

Indictments
(Va. Code § 18.2-58)
 filed November 4, 2019...................................................................... 14

Indictments
(Va. Code § 18.2-58)
 filed November 4, 2019...................................................................... 15

Commonwealth's Response to Defendant's Motion for Discovery
 filed December 3, 2019...................................................................... 16

Commonwealth's Notice of Intent to Present Evidence of Defendant's
Prior Convictions at Sentencing
 filed January 9, 2020 ......................................................................... 19

Transcript of Trial Proceedings before
The Honorable Clarence N. Jenkins, Jr.
 on January 21, 2020 .......................................................................... 33

 Testimony of Caitlyn Hill:

 Direct Examination by Ms. Pettit ..................................................... 46
 Cross Examination by Ms. Feinman ............................................... 67
 Redirect Examination by Ms. Pettit ................................................. 83

 Testimony of Sonya Sheldon:

 Direct Examination by Ms. Pettit ..................................................... 88
 Cross Examination by Ms. Feinman ............................................. 100
 Redirect Examination by Ms. Pettit ............................................... 109

 Testimony of Khalid Harris:

 Direct Examination by Ms. Pettit ................................................... 112
 Cross Examination by Mr. Efird...................................................... 117
 Redirect Examination by Ms. Pettit ............................................... 125

Transcript of Trial Proceedings before
The Honorable Clarence N. Jenkins, Jr.
    on January 21, 2020, continued:

    <u>Testimony of Wayne Hartley</u>:

        Direct Examination by Ms. Pettit ................................................... 126

    <u>Testimony of Desiree Jones</u>:

        Direct Examination by Ms. Pettit ................................................... 131
        Cross Examination by Mr. Efird...................................................... 135
        Redirect Examination by Ms. Pettit ................................................ 138

    <u>Testimony of Linwood Waldon</u>:

        Direct Examination by Ms. Feinman .............................................. 155
        Cross Examination by Ms. Pettit .................................................... 174
        Redirect Examination by Ms. Feinman........................................... 190

    <u>Testimony of Desiree Jones (Rebuttal)</u>:

        Direct Examination by Ms. Pettit ................................................... 197
        Cross Examination by Mr. Efird......................................................203

Trial Order of
The Honorable Clarence N. Jenkins
    entered January 21, 2020 ............................................................. 230

Defendant's Notice and Motion for Release of Court Funds
For Expert Assistance
    filed September 18, 2020 ............................................................. 232

Transcript of Hearing before
The Honorable Clarence N. Jenkins, Jr.
    on September 30, 2020 ............................................................... 262

Continuance Order of
The Honorable Clarence N. Jenkins, Jr.
Re: Denying Defendant's Motion for Expert Funds
    entered October 16, 2020 ............................................................. 286

Transcript of Sentencing Proceedings before
The Honorable Clarence N. Jenkins, Jr.
    on November 20, 2020 ................................................................. 287

    Testimony of LaShaun D. Manuel:

    Direct Examination by Ms. Feinman ............................................. 298
    Cross Examination by The Commonwealth ................................. 307
    Redirect Examination by Ms. Feinman.......................................... 312

    Testimony of Ernestine Thorn-Acres:

    Direct Examination by Ms. Feinman ............................................. 317
    Cross Examination by The Commonwealth ................................. 320

    Testimony of Latrika Brown:

    Direct Examination by Ms. Feinman ............................................. 321
    Cross Examination by The Commonwealth ................................. 326
    Redirect Examination by Ms. Feinman.......................................... 327

    Testimony of Molly O'Rourke:

    Direct Examination by Ms. Feinman ............................................. 328
    Cross Examination by The Commonwealth ................................. 340

Completed Sentencing Guidelines
    filed November 20, 2020................................................................ 373

Defendant's Notice of Appeal
    filed December 7, 2020................................................................. 378

Sentencing Order of
The Honorable Clarence N. Jenkins, Jr.
    entered December 8, 2020 ........................................................... 381

Sentencing Order Issued *Nunc Pro Tunc* of
The Honorable Clarence N. Jenkins, Jr.
    entered January 15, 2021 .......................................................... 383

# TABLE OF CONTENTS
## VOLUME II OF II – SEALED

**Appendix Page**

Presentence Report
 filed August 31, 2020 ................................................................... 385

Exhibit C-1 Presentence Report
 filed November 20, 2020 .............................................................. 408

**VIRGINIA:**

IN THE CIRCUIT COURT OF THE CITY OF RICHMOND
*(Richmond Metropolitan Multi-jurisdiction Grand Jury)*

September 25, 2019

The Multi-jurisdiction Grand Jury, impaneled from the City of Richmond and the Counties of Chesterfield, Hanover and Henrico charges that:

On or about August 31, 2019 in the City of Richmond and within the jurisdiction of the Multi-jurisdiction Grand Jury, **LINWOOD GEQUAN WALDEN, JR.**, did feloniously and unlawfully abduct Caitlyn Hill, by the use of force, intimidation or deception, with intent to obtain pecuniary benefit, against the peace and dignity of the Commonwealth of Virginia, in violation of

Va. Code 18.2-48 (i)
VCC: KID-1012-F2

Detective Desiree Jones
City of Richmond Police Department

(X) A TRUE BILL:

_____
Foreman

( ) NOT A TRUE BILL:

_____
Foreman

_____
Clerk

**VIRGINIA:**

**IN THE CIRCUIT COURT OF THE CITY OF RICHMOND**
*(Richmond Metropolitan Multi-jurisdiction Grand Jury)*

IN RE: MULTI-JURISDICTION GRAND JURY

ORDER

This day came Robert J. Windle, Special Counsel to the Multi-jurisdiction Grand Jury, and represented to the Court that said Grand Jury, on September 25, 2019, returned true bills of indictments against **LINWOOD GEQUAN WALDEN, JR.**, charging that on or about August 31, 2019, he did unlawfully and feloniously (i) abduct Caitlyn Hill and Sonya Sheldon, by the use of force, intimidation or deception, with intent to obtain pecuniary benefit **(2 COUNTS)** and (ii) use a firearm while committing the abduction with intent to obtain pecuniary benefit and robbery of Caitlyn Hill and Sonya Sheldon **(4 COUNTS) (2nd or Subsequent Offenses)**

The Court has examined said indictments and has determined, pursuant to Va. Code §19.2-215.8 that the proper venue for the prosecution of said indictments shall be in the Circuit Court of the City of Richmond.

It is ORDERED that the Clerk of this Court shall docket such indictment as if it had originated in the Circuit Court of the City of Richmond. The Clerk is further ordered to issue a capias for the arrest of **LINWOOD GEQUAN WALDEN, JR.**, which capias shall be returnable to the Circuit Court of the City of Richmond.

ENTER: 9/25/19

*/s/ Beverly W. Snukals*
Presiding Judge of the
Multi-jurisdiction Grand Jury

19F-2891/ant

**VIRGINIA:**

**IN THE CIRCUIT COURT OF THE CITY OF RICHMOND**
*(Richmond Metropolitan Multi-jurisdiction Grand Jury)*

September 25, 2019

The Multi-jurisdiction Grand Jury, impaneled from the City of Richmond and the Counties of Chesterfield, Hanover and Henrico charges that:

On or about August 31, 2019 in the City of Richmond and within the jurisdiction of the Multi-jurisdiction Grand Jury, **LINWOOD GEQUAN WALDEN, JR.**, did feloniously and unlawfully abduct Sonya Sheldon, by the use of force, intimidation or deception, with intent to obtain pecuniary benefit, against the peace and dignity of the Commonwealth of Virginia, in violation of

Va. Code 18.2-48 (i)
VCC: KID-1012-F2

Detective Desiree Jones
City of Richmond Police Department

(✓) A TRUE BILL:

_____
Foreman

( ) NOT A TRUE BILL:

_____
Foreman

_____
Clerk

3

- 3 -

**VIRGINIA:**

**IN THE CIRCUIT COURT OF THE CITY OF RICHMOND**
*(Richmond Metropolitan Multi-jurisdiction Grand Jury)*

IN RE: MULTI-JURISDICTION GRAND JURY

ORDER

This day came Robert J. Windle, Special Counsel to the Multi-jurisdiction Grand Jury, and represented to the Court that said Grand Jury, on September 25, 2019, returned true bills of indictments against **LINWOOD GEQUAN WALDEN, JR.**, charging that on or about August 31, 2019, he did unlawfully and feloniously (i) abduct Caitlyn Hill and Sonya Sheldon, by the use of force, intimidation or deception, with intent to obtain pecuniary benefit **(2 COUNTS)** and (ii) use a firearm while committing the abduction with intent to obtain pecuniary benefit and robbery of Caitlyn Hill and Sonya Sheldon **(4 COUNTS) (2nd or Subsequent Offenses)**

The Court has examined said indictments and has determined, pursuant to Va. Code §19.2-215.8 that the proper venue for the prosecution of said indictments shall be in the Circuit Court of the City of Richmond.

It is ORDERED that the Clerk of this Court shall docket such indictment as if it had originated in the Circuit Court of the City of Richmond. The Clerk is further ordered to issue a capias for the arrest of **LINWOOD GEQUAN WALDEN, JR.**, which capias shall be returnable to the Circuit Court of the City of Richmond.

ENTER: 9/25/19

*[signature]*
Presiding Judge of the
Multi-jurisdiction Grand Jury

4

- 4 -

# CHECKLIST FOR BAIL DETERMINATIONS
Commonwealth of Virginia

Name of the Accused  WALDEN, LINWOOD GEQUAN; Jr.

Nature and Circumstances of the Offense  Indictemnt Served 18.2-47 x2; 18.2-53.1 {2nd of Sub} x4

Weight of the Evidence ..............................................................................................................

Length of Time in Community  ALL LIFE - 3 YRS AT PRESENT ADDRESS

Place of Employment  COOKOUT                                                          How Long  1 YRS

Family Ties  MOTHER, FATHER, SISTER AND CHILDREN

Involvement in Education  GED / 11TH

Financial Resources  N/A

Pending Charges  MANCHESTER DC - 10/08/2019 - 18.2-58 X2

Was a firearm allegedly used in the offense:  [ ] No   [X] Yes

Currently on probation or parole?  [X] No   [ ] Yes  NO

Prior criminal record  3 X FELON - 18.2-58; 18.2-53.1; 19.2-306
MISD - 18.2-57; 18.2-96 X2; 18.2-456; 18.2-108; 18.2-95

[X] The presumption set forth in Virginia Code § 19.2-120 (B) or (C) applies and has not been rebutted.

[ ] Bail was not set by a judge, the presumption set forth in Virginia Code § 19.2-120 (B) or (C) applies and has been rebutted, and an attorney for the Commonwealth concurs in the accused being admitted to bail. (For magistrate determinations only.)

[ ] The secured bond provision in Virginia Code § 19.2-123 applies [ ] and is waived with the concurrence of the attorney of the Commonwealth or the attorney for the county, city or town.

Prior charges of failing to appear  NO CONVICTIONS

Is this person likely to obstruct or attempt to obstruct justice or threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness, juror or victim?  [ ] No   [ ] Yes

Other information

Bail Set  Held without Bail

Special instructions or conditions

[ ] Check if more information is on reverse

09/30/2019
DATE

W.T. Murray II
[X] MAGISTRATE   [ ] JUDGE

FORM DC-327 FRONT 07/19

8

# FINANCIAL STATEMENT – ELIGIBILITY DETERMINATION
## FOR INDIGENT DEFENSE SERVICES  Commonwealth of Virginia   VA. CODE § 19.2-159

Case No. Walden, Linwood RCC1

### PRESUMPTIVE ELIGIBILITY
[ ] I currently receive the following type(s) of public assistance in ............... CITY/COUNTY

[x] TANF $ ...............  [ ] Medicaid  [ ] Supplemental Security Income $ ...............
[ ] SNAP (food stamps) $ ...............  [ ] Other (specify type and amount) ...............

[ ] I currently do not receive public assistance.

Names and address of employer(s) for defendant and spouse:

Self ...............

Spouse (not applicable if alleged victim) ...............

### NET INCOME:
|  | Self | Spouse |
|---|---|---|
| Pay period (weekly, (every second week), twice monthly, monthly) | 700.00 |  |
| Net take home pay (salary/wages, minus deductions required by law) | $ |  |
| Other income sources (please specify) |  | $ |

### EMPLOYMENT HISTORY:
Were you employed at the time of your arrest? [✓] yes  [ ] no
If yes, my net take home pay was [ ] per week [ ] month  $ ...............
If no, length of time since last employed? ...............
Total wages earned last calendar year?  $ ...............

TOTAL INCOME  $ 0  +  ...........  =  [COURT USE ONLY] A

### ASSETS:
Cash on hand ............... $ 0
Bank Accounts at: ............... $
Any other assets: (please specify) ............... with a value of ............... $
Real estate – $ ............... NET VALUE ...............  $
Motor Vehicles { YEAR AND MAKE ............... with net value of ............... $
              { YEAR AND MAKE ............... with net value of ............... $
Other Personal Property: (describe) ............... $

TOTAL ASSETS  $ 0  +  ...........  =  [COURT USE ONLY] B

___4___ Number in household defendant has financial responsibility for, including defendant.

### EXCEPTIONAL EXPENSES (Total Exceptional Expenses of Family)
Medical Expenses (list only unusual and continuing expenses) ............... $ 0
Court-ordered support payments/alimony ............... $
  [ ] deducted from paycheck  [ ] not deducted from paycheck
Child-care payments (e.g. day care) ............... $
Other (describe): ...............
} $

TOTAL EXPENSES  $ 0  =  [COURT USE ONLY] C

This statement is made under oath. Any false statement may constitute a violation of law under Virginia Code § 19.2-161 and be subject to criminal penalty, including incarceration.

COLUMN "A" plus COLUMN "B" minus COLUMN "C" equals available funds  =

I hereby state that the above information is correct to the best of my knowledge.

Name of defendant (type or print)  a Linwood Walden

9/30/19
DATE                              SIGNATURE

Sworn/affirmed and signed before me this day.

...............       ...............              ...............
DATE             SIGNATURE                  TITLE

FORM DC-333 REVISED 10/11   (A191284 10/18)

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

[x] General District Court [x] Criminal [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

Richmond Marsh at Manchester
CITY OR COUNTY

**TO ANY AUTHORIZED OFFICER:** **CERTIFIED TO THE GRAND JURY**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 08/31/2019 did unlawfully and feloniously in violation of Section **18.2-58**, Code of Virginia:

rob rob Caitlyn HILL of PURSE, CELLPHONE, CIAGARETTES & US CURRENCY by means of violence, assault, putting the victim in fear of serious bodily harm, threats, or by presenting a firearm or other deadly weapon.
#20190831-0707

**BOND HEARING:**
Date: SEP 05 2019
Motion: Granted ( )
Motion: Denied ( )
Amt: _____
C/A Objected ( ) Yes ( ) No

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Jenkins, A.C./ 3043 R.P.D. _____, Complainant.

**CCRE/Fingerprinting Required**
09/01/2019 01:08 AM
DATE AND TIME ISSUED

Martesha M. Bishop
[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE

*TAKE BUCCAL SAMPLE IF LIDS SHOWS NO DNA SAMPLE IN DATA BANK*
FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13
Check if sample previously taken: ____

---

CASE NO. CR19014196 #3

ACCUSED:
WALDEN, Linwood Gequan
LAST NAME, FIRST NAME, MIDDLE NAME

ADDRESS/LOCATION
Richmond, VA 23223
Aka: WALDEN LINWOOD 3055 CNT
COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------|-------------|------|------|------|
| B | M | M( | 6' 00" | 175 | BRO | BLK |

SSN _____
D.L.# _____ STATE _____

[ ] Commercial Driver's License

**CLASS U FELONY**

[ ] EXECUTED by arresting the Accused named above on this day:

9/01/19  01:11
DATE AND TIME OF SERVICE

_____ Arresting Officer
3018 RPD 120
BADGE NO., AGENCY AND JURISDICTION

for Arrest
SHERIFF

Attorney for the Accused: Freeman
Public Defender

Short Offense Description (not a legal definition):
**ROBBERY: RESIDENCE WITH FIREARM**

Offense Tracking Number:
**761GM1900007190**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ROB-1207-F9**

Check if sample taken for this arrest: ____

---

Hearing Date/Time
9/19/19  9:00
10/8/19  9:00
10/9/19  9:00