## WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

_____   _____
ACCUSED                           DATE

### Preliminary Hearing Costs

| | |
|---|---|
| 120 Ct. Appt. Atty | $ N.T.S. |
| 113 Court Reporter | |
| 113 Witness | |
| | |
| **TOTAL** | |

_____   _____
ATTORNEY FOR ACCUSED              JUDGE

[✓] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.
    [ ] Bail on certification $ ..............................................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

[ ] The charge was reduced to ..............................................

The Accused was this day: [ ] tried in absence  [ ] present

_____
[ ]    PROSECUTING ATTORNEY PRESENT (NAME)  *Petit*

_____
[ ]    DEFENDANT'S ATTORNEY PRESENT (NAME)  *Mayfield*

    [ ] NO ATTORNEY    [ ] ATTORNEY WAIVED
[ ] Interpreter present    [ ] Witnesses sworn
[ ] Certified pursuant to § 19.2-190.1.

Plea of Accused: [ ] not guilty   [ ] guilty   [ ] nolo contendere
[ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty    [ ] guilty as charged
[ ] guilty of ..............................................
    VCC ..............................................
[ ] facts sufficient to find guilt but defer adjudication/disposition to ............................................. DATE AND TIME
    and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
    [ ] A separate order for First Offender is attached and incorporated in this order.

_____   _____
DATE                              JUDGE

And was FOUND by me to be: [ ] carrying hazardous materials
    [ ] driving a commercial motor vehicle
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
    [ ] conditioned upon payment of costs and
        [ ] successful completion of [ ] traffic school
            [ ] mature driver school, § 16.1-69.48:1.
    [ ] accord and satisfaction, § 19.2-151.
    [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

(MASTER, PAGE TWO OF TWO) 07/19

---

[ ] Guilty – upon a violation of a term or condition of a deferred adjudication/disposition.

I impose the following Disposition:
[ ] FINE of $ .................. with $ .................. suspended
[ ] JAIL SENTENCE of .............................................. imposed,
    [ ] of which .................. days mandatory minimum, with .............................................. suspended for a period of .................., conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.
Credit is allowed pursuant to § 53.1-187 for time spent in confinement.

[ ] Serve jail sentence beginning ..............................................
    [ ] on weekends only
[ ] Work release    [ ] authorized if eligible    [ ] required
                    [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for ..............................................
    [ ] VASAP    [ ] local community-based probation agency
    [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for ..............................................
[ ] Restricted Driver's License per attached order
    [ ] Ignition interlock for ..............................................
[ ] RESTITUTION order incorporated
[ ] COMMUNITY SERVICE .................. hours to be completed by .................. and supervised by ..............................................
    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other ..............................................

[ ] Submit to FINGERPRINTING and photograph per attached order
[ ] Remanded for [ ] FINGERPRINTING/CCRE Report
    [ ] ..............................................
[ ] DNA order incorporated
[ ] Bail on Appeal $ ..............................................

OCT   2019
_____   *[signature]*
DATE                              JUDGE

---

### FINE ..............................................

### COSTS

| | |
|---|---|
| 461 FIXED MISD FEE | |
| 462 FIXED DRUG MISD FEE | |
| 001 INT CRIM CHILD FEE | |
| 113 WITNESS FEE | |
| 113 IGNITION INTERLOCK | |
| 113 DUI FEE | |
| 113 .......................... | |
| 120 CT. APPT. ATTY | |
| 121 TRIAL IN ABSENCE FEE | |
| 125 WEIGHING FEE | |
| 133 BLOOD TEST FEE | |
| 137 TIME TO PAY | |
| 192 TRAUMA CENTER FEE | |
| 228 COURTHOUSE CONSTRUCTION FEE | |
| 234 JAIL ADMISSION FEE | |
| 243 LOCAL TRAINING ACADEMY FEE | |
| 244 COURTHOUSE SECURITY FEE | |
| OTHER (SPECIFY) | |

**TOTAL**  $ ..............................................

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____   _____
DATE                              JUDGE

19

# CHECKLIST FOR BAIL DETERMINATIONS
Commonwealth of Virginia

Name of the Accused  WALDEN, Linwood Gequan

Nature and Circumstances of the Offense  18.2-58 x 2

Weight of the Evidence  ................

Length of Time in Community  life

Place of Employment  7-11/Cookout    How Long  8 months/2 years

Family Ties  yes; father reside in the Richmond area

Involvement in Education  GED

Financial Resources  paid $700; bi-weekly, $500; weekly

Pending Charges    unknown

Was a firearm allegedly used in the offense:  [ ] No   [ ] Yes

Currently on probation or parole?  [X] No   [ ] Yes

Prior criminal record  3 x convicted felon: petit larceny x 2, fleeing from LEO, credit card fraud, buy/receive stolen goods, probation violation, assault, firearm in commission of felony, robbery;

[X]  The presumption set forth in Virginia Code § 19.2-120 (B) or (C) applies and has not been rebutted.
[ ]  Bail was not set by a judge, the presumption set forth in Virginia Code § 19.2-120 (B) or (C) applies and has been rebutted, and an attorney for the Commonwealth concurs in the accused being admitted to bail. (For magistrate determinations only.)
[X]  The secured bond provision in Virginia Code § 19.2-123 applies [ ] and is waived with the concurrence of the attorney of the Commonwealth or the attorney for the county, city or town.

Prior charges of failing to appear   contempt

Is this person likely to obstruct or attempt to obstruct justice or threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness, juror or victim?  [ ] No   [ ] Yes

Other information

Bail Set  Held without Bail

Special instructions or conditions

[ ] Check if more information is on reverse

09/01/2019
DATE

*Martesha M. Bishop*
[X] MAGISTRATE  [ ] JUDGE
Martesha M. Bishop

22

FORM DC-327 FRONT 07/19

- 9 -

**FINANCIAL STATEMENT – ELIGIBILITY DETERMINATION**  Case No. Walden, Linwood
**FOR INDIGENT DEFENSE SERVICES**  Commonwealth of Virginia   VA. CODE § 19.2-159    19-14186, 14187
**PRESUMPTIVE ELIGIBILITY**

[ ] I currently receive the following type(s) of public assistance in ........................................ CITY/COUNTY
  [ ] TANF $ ........................... [ ] Medicaid  [ ] Supplemental Security Income $ ........... Ø
  [ ] SNAP (food stamps) $ ........................ [ ] Other (specify type and amount) ...........
[X] I currently do not receive public assistance.

Names and address of employer(s) for defendant and spouse:
Self ..........................................................................................................................
Spouse (not applicable if alleged victim) ..............................................................

**NET INCOME:**                                                              Self         Spouse
Pay period (weekly, every second week, twice monthly, monthly) ......... Ø  ...........
Net take home pay (salary/wages, minus deductions required by law) ...... $ ........  ...........
Other income sources (please specify)
..........................................................................................  $ ...........

| EMPLOYMENT HISTORY: |
| Were you employed at the time of your arrest? [ ] yes [X] no |
| If yes, my net take home pay was [ ] per week [ ] month  $ ......... Ø |
| If no, length of time since last employed? ......... |
| Total wages earned last calendar year?  $ ......... |

                                                 **TOTAL INCOME** $ ........ + ......... = [  ] A   COURT USE ONLY

**ASSETS:**
Cash on hand ............................................................... $ ........  ...........
Bank Accounts at: .........................................................  $ ........  ...........
Any other assets: (please specify)
_____ with a value of ........ $ ........  ...........
Real estate – $ _____                          $ ........  ...........
                  NET VALUE
Motor Vehicles { _____ with net value of .... $ ........  ...........
                    YEAR AND MAKE
                { _____ with net value of .... $ ........  ...........
                    YEAR AND MAKE
Other Personal Property: (describe) .....................................  $ ........  ...........

                                               **TOTAL ASSETS** $ ........ + ......... = [  ] B   COURT USE ONLY

| ..1.... Number in household defendant has financial responsibility for, including defendant. |

**EXCEPTIONAL EXPENSES** (Total Exceptional Expenses of Family)
Medical Expenses (list only unusual and continuing expenses) ............. $ ...Ø......
Court-ordered support payments/alimony .....................................  $ ...........
  [ ] deducted from paycheck  [ ] not deducted from paycheck
Child-care payments (e.g. day care) ............................................  $ ...........
Other (describe): ..................................................................
................................................................................... } $ ...........

                                                                                             COURT USE ONLY
**This statement is made under oath. Any false statement may**   **TOTAL EXPENSES** $ ......... = [  ] C
**constitute a violation of law under Virginia Code § 19.2-161**   COLUMN "A" plus COLUMN "B" minus
**and be subject to criminal penalty, including incarceration.**   COLUMN "C" equals available funds = [  ]

I hereby state that the above information is correct to the best of my knowledge.
Name of defendant (type or print) X Linwood Walden
9/1/19                         X Linwood Walden
DATE                              SIGNATURE
Sworn/affirmed and signed before me this day.    David M. [signature]
SEP 0 3 2019
DATE                              SIGNATURE                                    TITLE 24

FORM DC-333 REVISED 10/11    (A191284 10/18)

**PRESUMPTIVE ELIGIBILITY**
[ ] I currently receive the following type(s) of public assistance in .................... WALDEN
                                                                                CITY/COUNTY
[ ] TANF $ .................... [ ] Medicaid  [ ] Supplemental Security Income $ LINWOOD
[X] SNAP (food stamps) $ .................... [ ] Other (specify type and amount) ....................
[X] I currently do not receive public assistance.                                19-12740
Names and address of employer(s) for defendant and spouse:

Self ....................
Spouse (not applicable if alleged victim) ....................        0
                                                                Self        Spouse
**NET INCOME:**
Pay period (weekly, every second week, twice monthly, monthly) ....... 400
Net take home pay (salary/wages, minus deductions required by law) ... $
Other income sources (please specify)
.................... $ ....................

**EMPLOYMENT HISTORY:**
Were you employed at the time of your arrest? [ ] yes [ ] no
If yes, my net take home pay was [ ] per week [ ] month   $ ....................
If no, length of time since last employed? ....................
Total wages earned last calendar year?    $ ....................
                                          **TOTAL INCOME** $ .... 0 ....    A

**ASSETS:**
Cash on hand .................... $ ....................
Bank Accounts at: .................... $ ....................
Any other assets: (please specify)
                                    with a
....................                value of ....... $ ....................
Real estate – $ _____
              NET VALUE
                                    with net
                                    value of ....... $ ....................
            YEAR AND MAKE
Motor {
Vehicles                            with net
            YEAR AND MAKE           value of ....... $ .... 00
Other Personal Property: (describe) .................... $ 400
                                    **TOTAL ASSETS** $ ....................    B

7  Number in household defendant has financial responsibility for, including defendant.

**EXCEPTIONAL EXPENSES** (Total Exceptional Expenses of Family)
Medical Expenses (list only unusual and continuing expenses) .......... $ 0
Court-ordered support payments/alimony .................... $
  [ ] deducted from paycheck [ ] not deducted from paycheck
Child-care payments (e.g. day care) .................... $
Other (describe): ....................
                                                         } $ 0
                                                                                C
This statement is made under oath. Any false statement may    **TOTAL EXPENSES** $ ....
constitute a violation of law under Virginia Code § 19.2-161  COLUMN "A" plus COLUMN "B" minus
and be subject to criminal penalty, including incarceration.  COLUMN "C" equals available funds

I hereby state that the above information is correct to the best of my knowledge.
Name of defendant (type or print) .................... X Linwood Walden
9/10/15
DATE                                    SIGNATURE
Sworn/affirmed and signed before me this day,

_____                  _____
DATE                          SIGNATURE              TITLE

FORM DC-333 REVISED 10/11   (A191284 10/18)

26

- 11 -