# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, -72

Richmond Marsh at Manchester  [x] General District Court [x] Criminal [ ] Traffic
CITY OR COUNTY  [ ] Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:  **CERTIFIED TO THE GRAND JURY**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 08/31/2019 did unlawfully and feloniously in violation of Section 18.2-58 , Code of Virginia:

rob Sonya SHELDON of CELLPHONE by means of violence, assault, putting the victim in fear of serious bodily harm, threats, or by presenting a firearm or other deadly weapon. #20190831-0707

*DNA Sample on File  8-23-13*

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Jenkins, A.C. 3043 R.P.D. , Complainant.

**CCRE/Fingerprinting Required**
09/01/2019 01:09 AM
DATE AND TIME ISSUED
Martesha M. Bishop
[ ] CLERK [x] MAGISTRATE [ ] JUDGE

*TAKE BUCCAL SAMPLE IF LIDS SHOWS NO DNA SAMPLE IN DATA BANK*
FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13
Check if sample previously taken: ___  Check if sample taken for this arrest: ___

---

CASE NO. CR19014187-H3

ACCUSED:
WALDEN, Linwood Gequan
LAST NAME, FIRST NAME, MIDDLE NAME

ADDRESS/LOCATION
Richmond, VA 23223
Aka: WALDEN LINWOOD  3056 CRJ
COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN (MO DAY YR) | HT. (FT IN) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | | 6' 00" | 175 | BRO | BLK |

SSN:
D.L.#:  STATE:
[ ] Commercial Driver's License

**CLASS U  FELONY**

[x] EXECUTED by arresting the Accused named above on this day
10/6/19  9:11
DATE AND TIME OF SERVICE
Arresting Officer
3013 RPD
BADGE NO, AGENCY AND JURISDICTION
for _____ SHERIFF
Attorney for the Accused: Fineman Public Defender

Short Offense Description (not a legal definition):
**ROBBERY: RESIDENCE WITH FIREARM**

Offense Tracking Number:
**761GM1900007191**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ROB-1207-F9**

Hearing Date/Time
9/19/19  9:00  over cust
10/8/19  9:00
10/9/19  9:00

**F  FELONY**  47

- 12 -

## WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

Offense Tracking Number: 761GM1900007191

_____
ACCUSED

_____
ATTORNEY FOR ACCUSED

_____
DATE

_____
JUDGE

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $ NTS |
| 113 Court Reporter | |
| 113 Witness | |
| TOTAL | |

[✓] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.
[ ] Bail on certification $ ...........
[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.
[ ] The charge was reduced to ...........

The Accused was this day: [ ] tried in absence [ ] present

_Petit_
[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_Mayfield_
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

[ ] NO ATTORNEY [ ] ATTORNEY WAIVED
[ ] Interpreter present [ ] Witnesses sworn
[ ] Certified pursuant to § 19.2-190.1
Plea of Accused: [ ] not guilty [ ] guilty [ ] nolo contendere
[ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him
[ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty [ ] guilty as charged
[ ] guilty of ........... VCC ...........
[ ] facts sufficient to find guilt but defer adjudication/disposition to ........... DATE AND TIME ...........
and place accused on probation §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2
[ ] A separate order for First Offender is attached and incorporated in this order.

_____
DATE            JUDGE

And was FOUND by me to be: [ ] carrying hazardous materials
[ ] driving a commercial motor vehicle
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
  [ ] conditioned upon payment of costs and
    [ ] successful completion of [ ] traffic school
       [ ] mature driver school, § 16.1-69.48:1.
    [ ] accord and satisfaction, § 19.2-151.
    [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

FORM DC-312 (MASTER, PAGE TWO OF TWO) 07/19

[ ] Guilty – upon a violation of a term or condition of a deferred adjudication/disposition.
I impose the following Disposition:
[ ] FINE of $ ........... with $ ........... suspended
[ ] JAIL SENTENCE of ........... imposed,
[ ] of which ........... days mandatory minimum, with ........... suspended for a period of ..........., conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs. Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning ...........
   [ ] on weekends only
[ ] Work release [ ] authorized if eligible [ ] required
                 [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for ...........
[ ] VASAP [ ] local community-based probation agency
[ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for ...........
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for ...........
[ ] RESTITUTION order incorporated
[ ] COMMUNITY SERVICE ........... hours to be completed by ........... and supervised by ...........
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other ...........

[ ] Submit to FINGERPRINTING and photograph per attached order
[ ] Remanded for [ ] FINGERPRINTING/CCRE Report
   [ ] ...........
[ ] DNA order incorporated
[ ] Bail on Appeal $ ...........

OCT 0 9 2019
DATE            JUDGE _(signed)_

| FINE | |
|---|---|
| COSTS | |
| 461 FIXED MISD FEE | |
| 462 FIXED DRUG MISD FEE | |
| 001 INT CRIM CHILD FEE | |
| 113 WITNESS FEE | |
| 113 IGNITION INTERLOCK | |
| 113 DUI FEE | |
| 113 | |
| 120 CT. APPT. ATTY | |
| 121 TRIAL IN ABSENCE FEE | |
| 125 WEIGHING FEE | |
| 133 BLOOD TEST FEE | |
| 137 TIME TO PAY | |
| 192 TRAUMA CENTER FEE | |
| 228 COURTHOUSE CONSTRUCTION FEE | |
| 234 JAIL ADMISSION FEE | |
| 243 LOCAL TRAINING ACADEMY FEE | |
| 244 COURTHOUSE SECURITY FEE | |
| OTHER (SPECIFY) | |
| TOTAL | $ |

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____
DATE            JUDGE

48

# Virginia:

## In the Circuit Court of the City of Richmond

### John Marshall Courts Building

November 4, 2019

19-F-3055/CNJ

The GRAND JURY charges that:

on or about August 31, 2019, in the City of Richmond,

**LINWOOD WALDEN**

**AKA WALDEN LINWOOD**

did unlawfully and feloniously take by force, threat, intimidation, or the threat or presentation of a firearm or deadly weapon, personal property or currency from the person or in the presence of Caitlyn Hill, in violation of Virginia Code § 18.2-58.

Virginia Code §18.2-58
**Robbery**
VCC: ROB-1207-F9

~~Officer Desiree Jones,~~ Richmond Police Department

{ Witnesses sworn and sent by the Court to the Grand Jury to give evidence

*Edward F. Jewett* — Clerk

*Eugene Perry*
Foreman

☒ A TRUE BILL
☐ NOT A TRUE BILL

51

- 14 -

# Virginia:

## In the Circuit Court of the City of Richmond

### John Marshall Courts Building

November 4, 2019

19-F-3056/CNJ

The GRAND JURY charges that:

on or about August 31, 2019, in the City of Richmond,

**LINWOOD WALDEN**

**AKA WALDEN LINWOOD**

did unlawfully and feloniously take by force, threat, intimidation, or the threat or presentation of a firearm or deadly weapon, personal property or currency from the person or in the presence of Sonya Sheldon, in violation of Virginia Code § 18.2-58.

Virginia Code §18.2-58
**Robbery**
VCC: ROB-1207-F9

~~Officer Desiree Jones~~, Richmond Police Department
Sgt. C.d, M

{ Witnesses sworn and sent by the Court to the Grand Jury to give evidence

_____ Clerk

_____ Foreman

☒ A TRUE BILL
☐ NOT A TRUE BILL

52

- 15 -

VIRGINIA:



IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND
JOHN MARSHALL COURTS BUILDING

COMMONWEALTH OF VIRGINIA

v.

Case No. 19-F-3055, -3056, 19-F-2888
thru 19-F-2893
JUDGE C. N. JENKINS, JR.
JANUARY 21, 2020

LINWOOD WALDEN,
        Defendant.

## COMMONWEALTH'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY

COMES NOW THE COMMONWEALTH of Virginia, by counsel, and as its response to the defendant's motion for discovery, states as follows:

1. The Commonwealth is aware of the following statements made by the defendant to law enforcement:

    - The defendant changed his version of events several times, but admitted to being in the store, getting into the victims' vehicle, and taking the victims' money.

    - Body worn camera footage related to the case, including some videos containing additional statements of the defendant was tendered to defense counsel on September 16, 2019.

    - An interview of the defendant by Det. Jones was video recorded, and a disc containing a copy of that recording has been left at the front desk of the Commonwealth's Attorney's Office in the Manchester courthouse.

2. The Commonwealth is aware of the following criminal convictions of the defendant:

| Date | Offense | Jurisdiction | Disposition |
| --- | --- | --- | --- |
| 12/10/2012 | F - Robbery | Richmond CC | 20y/19y |
| 12/10/2012 | F - UFA | Richmond CC | 3y |
| 05/22/2013 | M - Assault | Richmond GDC | 12m11m |
| 08/01/2017 | F - Probation Violation | Richmond CC | 19y18y5m |
| 10/10/2018 | M - Petit Larceny | Richmond GDC | 12m/12m |
| 10/10/2018 | M - Contempt of Court | Richmond GDC | Fine |
| 01/20/2019 | M – Rec. Stolen Goods | Richmond GDC | 12m/9m |
| 01/20/2019 | M – Credit Card Fraud | Richmond GDC | 12m/9m |
| 01/20/2019 | M – Flee LEO | Richmond GDC | 12m/9m |
| 01/20/2019 | M – Petit Larceny | Richmond GDC | 12m/9m |

57

Should the matter proceed to trial by jury, the defendant is hereby notified, pursuant to Code § 19.2-295.1, of the Commonwealth's intention to introduce at sentencing copies of final orders evidencing the defendant's prior criminal history. Copies of certified orders will be tendered to defense counsel prior to the commencement of trial.

3. The Commonwealth is currently in possession of no written reports of autopsies, ballistic tests, fingerprint analyses, handwriting analyses, blood, urine, or breath tests, other scientific reports, or written reports of a physical or mental examination of the accused or the victims made in connection with this case.

4. Any books, papers, documents, tangible objects, photographs, buildings or places sought by the defendant which may be material to his defense that are within the custody, control, or possession of the Commonwealth will be made available for inspection by defense counsel, upon request, at a mutually agreeable time and place. Copies of the following materials have been tendered to defense counsel:

   - A disc containing surveillance video from first precinct, a clip of a surveillance video from the Ocean Grocery, and photographs related to the case was tendered on September 17, 2019.
   - Robbery templates completed by the victims were tendered September 17, 2019.

5. Copies of the following materials have been left for pickup at the front desk of the Commonwealth's Attorney's Office in the Manchester courthouse:

   - Redacted Victim/Witness Statement Forms.
   - Investigative Report prepared by Officer K. Harris.
   - Investigative Report prepared by Officer M. Janowski.
   - Redacted Incident/Investigation Report.
   - Three diagrams.
   - Redacted Investigative Report.
   - Disc containing the 911 call related to the case.
   - Disc containing the recorded interview of the defendant.

6. Body worn camera footage relevant to the case was tendered to defense counsel on September 16, 2019.

7. The Commonwealth is currently unaware of any materials and/or information subject to disclosure under *Brady v. Maryland*, 373 U.S. 83 (1963), and/or *Giglio v. United States*, 405 U.S. 150 (1972), and their progenies not contained in the aforementioned materials tendered to defense counsel.

8. The Commonwealth objects to any and all requests for disclosure made in Defendant's Motion for Discovery which exceed the scope of Rule 3A:11 of the Rules of the Supreme Court of Virginia and/or exceed the scope of relevant case authority under the progenies of *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).

9. The Commonwealth acknowledges its continuing discovery obligations, and will make additional discoverable material available to the defendant should any come to

58

light.

Respectfully submitted,<br>
COMMONWEALTH OF VIRGINIA<br><br>
By: *[signature]*<br>
Brooke E. Pettit, VSB #82515<br>
Assistant Commonwealth's Attorney

Office of the Commonwealth's Attorney
400 North 9th Street
Richmond, VA 23219
(804) 646-6078

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Response to Motion for Discovery was delivered via electronic mail to Annalisa S. Feinman, counsel for the defendant, this 2nd day of December, 2019.

*[signature]*
Brooke E. Pettit
Assistant Commonwealth's Attorney