VIRGINIA:

RECEIVED AND FILED
CIRCUIT COURT
JAN 09 2020
EDWARD E. JEWETT, CLERK
BY_____ D.C.

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND
JOHN MARSHALL COURTS BUILDING

COMMONWEALTH OF VIRGINIA

v.

LINWOOD WALDEN,
          Defendant.

Case No. 19-F-3055, -3056, 19-F-2888
thru -2893
JUDGE C. N. JENKINS, JR.
JANUARY 21, 2020

## COMMONWEALTH'S NOTICE OF INTENT TO PRESENT EVIDENCE OF PRIOR CONVICTIONS AT SENTENCING

COMES NOW the Commonwealth of Virginia, by counsel, and pursuant to Virginia Code § 19.2-295.1, presents copies of the convictions upon which the Commonwealth intends to rely at sentencing in this matter. Notice of intent to rely upon these convictions was provided on December 2, 2019, via the Commonwealth's Response to Defendant's Motion for Discovery.

| Date | Offense | Jurisdiction | Disposition |
|---|---|---|---|
| 12/10/2012 | F - Robbery | Richmond CC | 20y/19y |
| 12/10/2012 | F - Use of Firearm in Commission of Robbery | Richmond CC | 3y |
| 05/22/2013 | M - Assault | Richmond GDC | 12m/11m |
| 10/10/2018 | M - Petit Larceny | Richmond GDC | 12m/12m |
| 01/10/2019 | M - Credit Card Fraud | Richmond GDC | 12m/9m |
| 01/10/2019 | M - Fleeing from Law Enforcement | Richmond GDC | 12m/9m |
| 01/10/2019 | M - Petit Larceny | Richmond GDC | 12m/9m |

62

- 19 -

Respectfully submitted,

COMMONWEALTH OF VIRGINIA

By: *Brooke E. Pettit*
Brooke E. Pettit, VSB #82515
Assistant Commonwealth's Attorney

Office of the Commonwealth's Attorney
John Marshall Courts Building
400 North 9th Street
Richmond, Virginia 23219
(804) 646-3500

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a true and accurate copy of the foregoing Notice was sent via electronic mail to Annalisa S. Feinman, Esq., counsel for the defendant.

*Brooke E. Pettit*
Brooke E. Pettit
Assistant Commonwealth's Attorney

63

Virginia:

In the Circuit Court of the City of Richmond, John Marshall Courts Building

## TRIAL AND SENTENCING ORDER

Hearing Date: **December 10, 2012**
Judge: **Gregory L. Rupe**

FIPS CODE: 760

COMMONWEALTH OF VIRGINIA

v.

**LINWOOD GEQUAN WALDEN**, DEFENDANT

The defendant came before the Court for trial and appeared in person with counsel, **Christopher Bradshaw**. The Commonwealth was represented by **Timothy Martin**.

The defendant was arraigned and pled **NOLO CONTENDERE** to Robbery and Use/Attempt to Use a Firearm in the Commission of Robbery, in accordance with a plea agreement.

The Court, being of the opinion that the defendant fully understood the nature and effect of the plea(s) and of the penalties that may be imposed upon conviction(s) and of the waiver of trial by jury and of appeal, proceeded to hear the evidence without a jury. The Court, upon the stipulation of the evidence by counsel, accepts the plea agreement, and finds the defendant **GUILTY** of the following offense(s):

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION | VCC REFERENCE |
| --- | --- | --- | --- | --- |
| CR12-F-5272 | Robbery (F) | 06/28/12 | 18.2-58 | ROB-1214-F9 |
| CR12-F-5273 | Use/Attempt to Use a Firearm in the Commission of Robbery (F) | 06/28/12 | 18.2-53.1 | ASL-1319-F9 |

Pursuant to the provisions of Code §19.2-298.01, the Court has considered and reviewed the applicable discretionary sentencing guidelines and the guidelines worksheets. The sentencing guidelines worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

The Court **SENTENCES** the defendant to:

Incarceration with the **Virginia Department of Corrections** for the term of: **20 years for Robbery**, and **3 years for Use/Attempt to Use a Firearm in the Commission of Robbery**. The total sentence imposed is **23 years.**

These sentences shall run **consecutively** with all other sentences.

64

- 21 -

The Court **SUSPENDS 19 years** of the **Robbery** sentence, for a period of **30 years**, upon the following condition(s):

**Good Behavior.** The defendant shall be of good behavior upon the defendant's release from confinement.

**DNA Testing.** The defendant shall submit to DNA testing pursuant to §19.2-310.2 of the Virginia Code (1950), as amended. No sample need be taken if there is already a DNA sample on file for the defendant.

**Supervised Probation.** The defendant is placed on probation to commence upon release from incarceration, under the supervision of a Probation Officer, until released by the Court or by the Probation Officer. The defendant shall comply with all the rules and requirements set by the Probation Officer. Probation shall include substance abuse counseling and/or testing as prescribed by the Probation Officer.

**Substance Abuse Assessment.** The defendant shall undergo a substance abuse assessment pursuant to §18.2-251.01 and enter a treatment and/or education program as directed by the Department of Corrections. The defendant shall pay all or part of the costs of the program, including the costs of the screening, assessment, testing, and treatment, based upon his ability to pay.

**Costs.** The defendant shall pay court costs.

**Waiver.** The defendant waives his right to ask the Commonwealth for sentence modification.

**Restitution.** The defendant shall make restitution in the amount of **$250 Arturo Zuniga** and **$46 to Sheria Parker**, which shall be paid through the probation department.

**Departure.** The defendant is remanded to jail pending transfer to the Virginia Department of Corrections.

**Credit for Time Served.** The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to Code § 53.1-187.

_12/12/12_       ENTER: _____
DATE                        JUDGE
**DEFENDANT IDENTIFICATION:**       A Copy
                            Teste: EDWARD F. JEWETT, CLERK
                            BY: _Kendra M. Genick_ D.C.
Alias: **n/a**
SSN:                  DOB:                Sex: **Male**

**SENTENCING SUMMARY:**

TOTAL SENTENCE IMPOSED: **23 years**
TOTAL SENTENCE SUSPENDED: **19 years**

drf/c: film/Jail/Probation/VCSC

65

- 22 -

# SUMMONS

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-73; Rule 3A: 4

Richmond-Gen Dist #1 Criminal
................................................... CITY OR COUNTY

[x] General District Court    [ ] Juvenile and Domestic Relations District Court

920 Hull Street   Richmond, VA 23224
................................................... STREET ADDRESS OF COURT

[x] Commonwealth of Virginia [ ] City [ ] County [ ] Town of ...............

TO THE ACCUSED:

You are hereby commanded to appear before this Court on

Apr 30, 2013   09:00 AM ........ to answer the charge that on or about 04/18/2013 ...........,
DATE AND TIME OF HEARING                                        DATE

within this [ ] Town of .................. [ ] CITY [ ] COUNTY you did unlawfully
assault and batter ARTAVIUS SCOTT.

*I certify that the document to which this authentication is affixed is a true copy of a record in the General District Courts, Marsh Criminal /Traffic Division at Manchester, Richmond, VA and that I am the custody of that record and that I have custody of that record.*

12-2-19 .......... [ ] Clerk  [x] Deputy Clerk  KFM
Date

in violation of Section 18.2-57 ..............., [x] Code of Virginia (OR)
                                                 [ ] Ordinances of this City, County or Town.

**YOU MUST APPEAR** in court at the time and place shown above and appear at all other times and places and before any court or judge to which this case may be rescheduled, continued, transferred or appealed.

**WARNING TO THE ACCUSED:** You may be tried and convicted in your absence if you fail to appear in response to this summons. Willful failure to appear for a misdemeanor charge is a separate offense.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of Scott, Artavius [signature] 4-30-13 ..........., Complainant.

04/25/2013 03:48 PM
DATE AND TIME ISSUED               [ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
CCRE May be Required Upon Conviction    Virginia E. Bray
FORM DC-319 (MASTER, PAGE ONE OF TWO) 07/11

---

CASE NO. 13-3413 C

ACCUSED:
Walden, Linwood
LAST NAME, FIRST NAME, MIDDLE NAME

City Jail
ADDRESS/LOCATION

Apr 30, 2013
09:00 AM
Hearing Date/Time

To be completed upon service as Summons
Mailing address [ ] Same as above

May 22" 13
93

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | 03/XX/19XX | 5' 11" | 170 | BRO | BLK |

SSN

DL# ............................ STATE

[ ] Commercial Driver's License

**CLASS 1 MISDEMEANOR**

[x] EXECUTED by delivering a true copy of this summons to the Accused in person today.
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.
[ ] The Accused certified to me the above mailing address.

4-25-13 1555
DATE AND TIME OF SERVICE

Sgt. C. James ..........., ARRESTING OFFICER

5717 RSO 120
BADGE NO., AGENCY AND JURISDICTION

for C.T. Woody Jr.
SHERIFF

Attorney for the Accused:
Michael Crunlick - Notified
faxed 5-1-13

Short Offense Description (not a legal definition):
**ASSAULT AND BATTER**

Offense Tracking Number:
**761GM1300005084**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**ASL-1313-M1**

**SUMMONS**

S

- 23 -

The Accused was this day:
  [ ] tried in absence [+] present
    Davis Povey
[✓] PROSECUTING ATTORNEY PRESENT (NAME)
    Michael Crylin
[✓] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
    [ ] If convicted, no jail sentence will be imposed
[ ] INTERPRETER PRESENT
Plea of Accused:
  [ ] not guilty   [ ] Witnesses sworn
  [ ] nolo contendere
  [✓] guilty   [ ] Plea voluntarily and intelligently
    entered after the defendant was apprised of his
    right against compulsory self-incrimination
    and his right to confront the witnesses against him.
[ ] Plea and Recommendation
And was TRIED and FOUND by me:
  [ ] not guilty   [✓] guilty as charged
  [ ] guilty of _____
    VCC _____
  [ ] facts sufficient to find guilt but defer adjudication/
    disposition to _____
        DATE AND TIME
    and place accused on probation,
    §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
    [ ] A separate order for First Offender is attached
       and incorporated in this order.
  [ ] Costs imposed upon defendant.

_____  _____
    DATE                         JUDGE

And was FOUND by me to be:
  [ ] driving a commercial motor vehicle
  [ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
  [ ] conditioned upon payment of costs [ ] accord and
    satisfaction, § 19.2-151 [ ] compliance with law,
    § 46.2-104 or § 46.2-1158.02.
  [ ] conditioned upon payment of costs and successful
    completion of traffic school, § 16.1-69.48:1.
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

FORM DC-319 (MASTER, PAGE TWO OF TWO) 07/12

I impose the following Disposition:
[ ] FINE [ ] CIVIL PENALTY of $ _____
    with $ _____ suspended
[✓] JAIL SENTENCE of 12 months
    imposed, [ ] of which _____ days
    mandatory minimum with 11 months suspended
for a period of _____, conditioned
upon being of good behavior, keeping the peace, obeying this
order and paying fines and costs.
    Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning _____
  [ ] on weekends only
[ ] Work release   [ ] authorized if eligible [ ] required
               [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[✓] on PROBATION for 2 years
  [ ] VASAP [ ] local community-based probation agency
  [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for _____
_____
[ ] Restricted Driver's License per attached order.
  [ ] Ignition Interlock for _____
[ ] RESTITUTION of $ _____ due by _____
    payable to _____
    with interest thereon from _____
          [ ] DATE OF LOSS OR DAMAGE [ ] TODAY'S DATE
  [ ] as condition of suspended sentence
[ ] COMMUNITY SERVICE _____ hours to be
    completed by _____
    and supervised by _____
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's
    family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other: _____

[ ] Bail on Appeal $ _____
[ ] Remanded for [ ] CCRE Report [ ] _____
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID.
Va. Code § 46.2-395.

MAY 22 2013     _____
  DATE                      JUDGE

/s/ Show causes on previous charges

Offense Tracking Number: 761GM1300005084

**FINE**     $ _____
    LOCALITY

**COSTS**
461 FIXED MISD FEE     69
462 FIXED DRUG MISD FEE     _____
460 FIXED TRAFFIC
    INFRACTION FEE     _____
001 INT CRIM CHILD FEE     _____
113 WITNESS FEE     _____
113 IGNITION INTERLOCK     _____
113 DUI FEE     _____
113     _____
120 CT. APPT. ATTY     120  5/22/13
121 TRIAL IN ABSENCE FEE     _____
125 WEIGHING FEE     _____
133 BLOOD TEST FEE     _____
137 TIME TO PAY     _____
192 TRAUMA CENTER FEE     _____
223 LIQUIDATED DAMAGES     _____
234 JAIL ADMISSION FEE     20
243 LOCAL TRAINING
    ACADEMY FEE     1
244 COURTHOUSE
    SECURITY FEE     5

**OTHER** (SPECIFY)
    LOL   10

**TOTAL**     225 $ _____

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____  _____
    DATE                         JUDGE 67

# WARRANT OF ARREST—MISDEMEANOR (STATE)
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Richmond Marsh at Manchester
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **06/07/2018** did unlawfully in violation of Section
DATE

**18.2-96** , Code of Virginia:
steal MERCHANDISE valued at less than two hundred dollars and belonging to NINE MILE CONVENIENCE.

IBR# 201806060771

*need name & address*
9-17-18 (ek)

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of
9-17-18 (ek)

Officer **Majid, M.**   **R.P.D.** , Complainant.

Execution by summons [ ] permitted at officer's discretion, [x] not permitted.

**06/07/2018 12:08 AM**
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Alexander T. Hiller

I certify that the document to which this authentication is affixed is a true copy of a record in the General District Courts, Marsh Criminal/Traffic Division at Manchester, Richmond, VA and that I am the custody of that record and that I have custody of that record.

**12/2/19**
CCRE May be Required    [ ] Clerk  [x] Deputy Clerk

Referred to Pre-Trial Svcs.
Special Conditions
[ ] Drug Screens
[ ] Curfew _____
[ ] GPS Monitoring
9/18/18

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

---

CASE NO. GT1600879 #3

ACCUSED:
**WALDEN, Linwood**
LAST NAME, FIRST NAME, MIDDLE NAME

ADDRESS/LOCATION
Richmond, VA 23224

To be completed upon service as Summons
Mailing address [ ] Same as above
[ ]

| RACE | SEX | BORN | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------|-------------|------|------|------|
| B | M |  | 6' 00" | 175 | BRO | BLK |

SSN
DL#                  STATE
[ ] Commercial Driver's License

CLASS **1** MISDEMEANOR

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

06-30-18  1850
DATE AND TIME OF SERVICE

JB  LIK0 , ARRESTING OFFICER
26990
1939 RPD 120
BADGE NO., AGENCY AND JURISDICTION

for A-Irving
Attorney for the Accused: Public Defender
A-Jones

Short Offense Description (not a legal definition):
**PETIT LARCENY: 1ST OFFENSE**
Offense Tracking Number:
**761GM1800005151**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**LAR-2366-M1**

Hearing Date/Time
**10/10/18**
**@ 9am**

STATE

The Accused was this day:
[ ] tried in absence  [X] present

_____
[ ] PROSECUTING ATTORNEY PRESENT (NAME)
                Jones
_____
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
    [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
    [ ] If convicted, no jail sentence will be imposed.
[ ] INTERPRETER PRESENT
[ ] Certified pursuant to § 19.2-190.1.
Plea of Accused: NA
    [X] not guilty  [ ] Witnesses sworn
    [ ] nolo contendere
    [ ] guilty [ ] Plea voluntarily and intelligently entered
        after the defendant was apprised of his right against
        compulsory self-incrimination and his right to
        confront the witnesses against him.
[ ] Plea and Recommendation
And was TRIED and FOUND by me:
    [ ] not guilty  [X] guilty as charged
    [ ] guilty of _____
    VCC _____
[ ] facts sufficient to find guilt but defer adjudication/
    disposition to _____
                    DATE AND TIME
    and place accused on probation, §§ 4.1-305, 18.2-57.3,
    18.2-251 or 19.2-303.2.
    [ ] A separate order for First Offender is attached and
        incorporated in this order.
[ ] Costs imposed upon defendant.

_____
DATE                        JUDGE
And was FOUND by me to be:
    [ ] driving a commercial motor vehicle
    [ ] carrying hazardous materials
[ ] I ORDER a nolle prosequi on prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
    [ ] conditioned upon payment of costs and
        [ ] successful completion of [ ] traffic school
            [ ] mature driver school, § 16.1-69.48:1.
        [ ] accord and satisfaction, § 19.2-151.
        [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-
            303.2.

FORM DC-314 (MASTER, PAGE TWO OF TWO) 10/17

[ ] Guilty – upon a violation of a term or condition of a
    deferred adjudication/disposition.
I impose the following Disposition:
[ ] FINE [ ] CIVIL PENALTY of $ ..........
    with $ .......................... suspended
[ ] JAIL SENTENCE of ... 12 m/m
    imposed, [ ] of which .......................... days
    mandatory minimum, with ... 12 m/m suspended
for a period of ... 3 yr , conditioned
upon being of good behavior, keeping the peace, obeying this
order and paying fines and costs.
    Credit is allowed pursuant to § 53.1-187 for time spent in
    confinement.
[ ] Serve jail sentence beginning ..........................
    [ ] on weekends only
[ ] Work release [ ] authorized if eligible [ ] required
                 [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for ..........................
    [ ] VASAP [ ] local community-based probation agency
    [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for ..........................

[ ] Restricted Driver's License per attached order
    [ ] Ignition Interlock for ..........................
[ ] RESTITUTION order incorporated
    [ ] Restitution payment is a condition of suspended sentence
[ ] COMMUNITY SERVICE .......... hours to be completed by
    .......................... and supervised by ..........................
    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/
    victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other: ban from 7 Mile Convience

[ ] Remanded for [ ] CCRE Report [ ] ..........
[ ] Bail on Appeal  $ ..........
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID.
Va. Code § 46.2-395.

10/10/12
DATE                        JUDGE

Offense Tracking Number: 761GM1800005151

FINE
                                        $ ..........
_____
LOCALITY

COSTS
461 FIXED MISD FEE ............ 61
462 FIXED DRUG MISD FEE ..........
001 INT CRIM CHILD FEE ..........
113 WITNESS FEE ..........
113 IGNITION INTERLOCK ..........
113 DUI FEE ..........
113 ..........
120 CT. APPT. ATTY ...... 120 pd 10-10-1? Jones
121 TRIAL IN ABSENCE FEE ..........
125 WEIGHING FEE ..........
133 BLOOD TEST FEE ..........
137 TIME TO PAY ..........
192 TRAUMA CENTER FEE ..........
228 COURTHOUSE
    CONSTRUCTION FEE ..........
234 JAIL ADMISSION FEE ..........
243 LOCAL TRAINING
    ACADEMY FEE ............ 1
244 COURTHOUSE
    SECURITY FEE ............ 5

OTHER (SPECIFY) ..........
                    001 ........ 15

TOTAL                   $ ..... 202
[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____
DATE                        JUDGE
                            69

- 26 -