S21013006904

# Sentencing Guidelines Cover Sheet
Complete this form ONLY for applicable felonies sentenced on or after July 1, 2020

Scheduled Sentencing Date: 07/08/20

## ◆ OFFENDER

First: LINWOOD  Middle: GEQUAN  Last: WALDEN  Suffix:

Date of Birth: (Month/Day/Year)  SSN:

CCRE: 2060132W  CORIS Offender ID: 1469223  PSI #: 460204

## ◆ COURT

Judicial Circuit: 13  City/County: RICHMOND  FIPS Code: 760

Sentencing Judge's Name: CLARENCE N. JENKINS

Preparer Name: THORNE-AKERS, ERNESTINE  ○ Commonwealth's Attorney  ● Probation Officer

Prosecuting Commonwealth's Attorney: BROOKE PETTIT  Defense Attorney: A. FINEMAN/W. EFIRD

## ◆ PRIMARY OFFENSE

| Description | Counts | VCC | | Offense Date | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| ROBBERY | 2 | ROB | 1207 F9 | 8 | 31 | 19 |

Primary Offense Code Section § 18.2-58  Docket Number: CR19F0305500

For a comprehensive list of all offenses in the sentencing event, please refer to the **Offense Details** page following **Section C.**

## ◆ METHOD OF ADJUDICATION

☐ Jury Trial  Sentence Set by Jury: ___ Years ___ Months ___ Days  ○ Life  ○ Juvenile  ○ Fine Only

☑ Bench Trial  ☐ Guilty Plea  ☐ Alford Plea/Nolo contendere

## ◆ SENTENCING GUIDELINES RECOMMENDATION

**Section B**
- ○ Probation/No Incarceration
- ○ Incarceration 1 Day to 3 Months
- ○ Incarceration 1 Day to 6 Months
- ○ Incarceration 3 to 6 Months
- ○ Probation/No Incarceration or Incarceration to 6 Months

Section B Mandatory Minimum ___ yyy/mm/dd

**Section C**
- ○ Life Sentence
- ● Incarceration (Enter Midpoint and Range Below)

Range Midpoint: 29 Years  3 Months  0 Days

Sentence Range: 21 Years  11 Months  0 Days TO 33 Years  11 Months  0 Days

☐ Recommendation Adjusted for Mandatory Minimum

○ Non Guidelines Offense
(Primary offense is a non guidelines offense)

139

- 373 -

## ◆ Final Disposition  Fill In After Sentence Has Been Pronounced

### ◆ SENTENCE

WALDEN, LINWOOD GEQUAN

| | Life Sentence + | Years | Months | Days | |
|---|---|---|---|---|---|
| Total Time Imposed Before Suspension | ☐ Life Sentence + | 80 | | | |
| Total Effective Time to Serve | ☐ Life Sentence + | 22 | | | ☐ Sentenced to Time Served |

**Post Release**

Post Release Incarceration Term §18.2-10 (Suspended) .................

Post Release Supervision Period §19.2-295.2(A) .................

Probation Period (Supervised) § 19.2 - 303 ................. ☑ Indefinite

☐ Good Behavior Period § 19.2 - 306 .................

*Check all that apply*
☐ Incarceration Sentence to Run Concurrently With Another Sentencing Event
☐ Written Plea Agreement Accepted = Rule 3A:8(c)(1) (A) or (C)
☐ Plea and Recommendation Accepted = Rule 3A:8(c)(1)(B)
☐ Oral Sentence Recommendation Accepted
☐ Restitution $ _____    ☐ Fine $ _____

**Other Sentencing Programs** *(check all that apply)*
☐ Day Reporting                 ☐ Community-Based Program _____
☐ Electronic Monitoring         ☐ CCAP Detention/Diversion Center Incarceration, 22-28 weeks
☐ Intensive Probation           ☐ CCAP Detention/Diversion Center Incarceration, 42-48 weeks
☐ § 18.2-251/§ 18.2-258.        ☐ Drug Court
☐ Substance Abuse Treatment     ☐ Youthful Offender
                                ☐ DJJ Commitment  ○ Indeterminate  ○ Determinate
                                ☐ Other _____

### ◆ REASON FOR DEPARTURE
Must be completed pursuant to § 19.2-298.01(B)

### ◆ SENTENCING DATE
1 / 20 / 2020

_C. n. [signature]_
Judge's Signature

### ◆ ATTACH COURT ORDER AND MAIL Pursuant to § 19.2-298.01(E)

After sentencing, send to:
Virginia Criminal Sentencing Commission • 100 North Ninth Street • Fifth Floor • Richmond, Virginia 23219

140

- 374 -

# Robbery ❖ Section A

Offender Name: WALDEN, LINWOOD GEQUAN

### ◆ Primary Offense
*(scores for attempted/conspired offenses are in parentheses)*

- A. Attempted or conspired robbery or carjacking (1 count) .................................................. (1)
- B. Street without a gun or simulated gun
  - 1 count .................................................. 2
  - 2 counts .................................................. 6
- C. Business without a gun or simulated gun
  - 1 count .................................................. 4
  - 2 counts .................................................. 6
- D. Residence without a gun or simulated gun (1 count) .................................................. 4
- E. Carjacking without a gun (1 count) .................................................. 4
- F. Street, residence, business or carjacking with a gun or simulated gun (1 count) .................................................. 6
- G. Bank robbery with or without a gun or simulated gun (1 count) .................................................. 6

Score: **6**

### ◆ Primary Offense Remaining Counts
Total the maximum penalties for counts of the primary not scored above

- Years: 10 or more .................................................. 2

Score: **2**

### ◆ Additional Offenses
Total the maximum penalties for additional offenses, including counts

- Years:
  - Less than 2 .................................................. 0
  - 2 or more .................................................. 2

Score: **2**

### ◆ Weapon Used

- None .................................................. 0
- Simulated weapon or other than firearm .................................................. 1
- Firearm .................................................. 3

Score: **3**

### ◆ Victim Injury

- Threatened .................................................. 1
- Emotional, physical or serious .................................................. 2
- Life threatening .................................................. 3

Score: **2**

### ◆ Prior Convictions/Adjudications
Total the maximum penalties for the 5 most recent and serious prior record events

- Years:
  - Less than 6 .................................................. 0
  - 6 or more .................................................. 1

Score: **1**

### ◆ Prior Incarcerations/Commitments — If YES, add 1 → **1**

### ◆ Prior Juvenile Record — If YES, add 1 → **0**

### ◆ Legally Restrained at Time of Offense — If YES, add 3 → **3**

### Total Score → **20**

If total is 5 or less, the guidelines sentence is **Probation/No Incarceration or Incarceration to 6 months**.
If total is 6 or more, go to Section C.

Robbery Section A

141

# Robbery ❖ Section C

Offender Name: WALDEN, LINWOOD GEQUAN

### ◆ Primary Offense

Prior Record Classification
☒ Category I  ☐ Category II  ☐ Other
*(scores for attempted/conspired offenses are in parentheses)*

A. Attempted or conspired robbery or carjacking without a gun or simulated gun (1 count) ... (20) ............... (10) ............. (5)
B. Attempted or conspired robbery or carjacking with gun or simulated gun (1 count) .......... (92) ............... (46) ........... (23)
C. Residence or street with gun or simulated gun
  1 count .................................................................................... 192 ............... 128 ............ 64
  2 counts .................................................................................. 270 ............... 180 ............ 90
  3 counts .................................................................................. 444 ............... 296 .......... 148
D. Bank or business with gun or simulated gun
  1 count .................................................................................... 168 ............... 112 ............ 56
  2 counts .................................................................................. 348 ............... 232 .......... 116
  3 counts .................................................................................. 528 ............... 352 .......... 176
E. Residence, bank, business, street or carjacking without a gun or simulated gun
  1 count .................................................................................... 84 ................. 56 ............ 28
  2 counts .................................................................................. 162 ............... 108 ............ 54
  3 counts .................................................................................. 336 ............... 224 .......... 112
F. Carjacking with gun or simulated gun (1 count) ........................ 246 ............... 164 ............ 82

Score: **270**

### ◆ Primary Offense Remaining Counts
Assign points to each count of the offense not scored above and total the points

Maximum Penalty: 10 ............................................................................ 5
(years) Life ........................................................................ 19

Score: **0**

### ◆ Additional Offenses
Assign points to each additional offense (including counts) and total the points

Maximum Penalty: Less than 2 ........... 0    20 ............. 10
(years)         2, 3 .................... 1    30 ............. 14
                4, 5 .................... 2    40 or more ..... 19
                10 ...................... 5

Score: **38**

### ◆ Type of Additional Offense:
Second Degree Murder Conviction for Current Event ——— If YES, add 63 → **0**

### ◆ Weapon Used
Firearm/simulated firearm (firearm points included with primary offense) ..... 0
Simulated weapon other than simulated firearm .................................. 7
Weapon other than firearm, knife or explosive ................................... 7
Knife ........................................................................... 9
Explosive ....................................................................... 16

Score: **0**

### ◆ Prior Incarcerations/Commitments ——— If YES, add 7 → **7**

### ◆ Legally Restrained at Time of Offense ——— If YES, add 5 → **5**

### ◆ Prior Juvenile Record ——— If YES, add 8 → **0**

---

**SCORE THE FOLLOWING FACTORS ONLY IF PRIMARY OFFENSE IS C, D, E, OR F: COMPLETED ROBBERY OR CARJACKING ( §§ 18.2-58, 18.2-58.1)**

### ◆ Victim Injury
Threatened ....................................................................... 0
Emotional ........................................................................ 2
Physical or serious .............................................................. 6
Life Threatening ................................................................. 23

Score: **6**

### ◆ Prior Convictions/Adjudications
Assign points to the 5 most recent and serious prior record events and total the points

Maximum Penalty: Less than 2 ......... 0    20 ............. 5
(years)         2, 3, 4, 5 .......... 1    30 ............. 8
                10 .................. 3    40 or more ..... 11

Score: **22**

### ◆ Prior Felony Convictions/Adjudications Against Person
Number     1 ............................................................. 3
of Counts: 2 ............................................................. 7
           3 or more ................................................... 10

Score: **3**

---

**SCORE THE FOLLOWING FACTOR ONLY IF PRIMARY OFFENSE IS E OR F: COMPLETED CARJACKING (§18.2-58.1)**

### ◆ Type of Additional Offense
Additional offense of Felony Kidnapping or Felony Assault (other than use of firearm) ........ 57

Score: **0**

---

**Total Score** ——→ **351**

See **Robbery Section C Recommendation Table** for guidelines sentence range.

Robbery Section C
142

# Offense Details

**Offender Name:** WALDEN, LINWOOD GEQUAN

| Offense | Counts | VCC | Offense Date | Docket No. |
|---|---|---|---|---|
| **Primary** | | | | |
| ROBBERY | 2 | ROB-1207-F9 | 8/31/19 | CR19F0305500 |
| | | | 08/31/19 | CR19F0305600 |
| **Additional** | | | | |
| 1. ABDUCT WITH INTENT TO GAIN PECUNIARY BENEFIT (EXTORTION) | 2 | KID-1012-F2 | 08/31/19 | CR19F0288800 |
| | | | 08/31/19 | CRF190289100 |

RICHMOND CITY

RECEIVED AND FILED
CIRCUIT COURT
12:42
DEC 07 2020
EDWARD F. JEWETT, CLERK
BY _____ D.C.

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND
## JOHN MARSHALL COURTS BUILDING

COMMONWEALTH OF VIRGINIA

VS.  Case No.: 19-F-2888, 19-F-2891
 19-F-3055, 19-F-3056

LINWOOD GEQUAN WALDEN,
 DEFENDANT.

## NOTICE OF APPEAL

Linwood Gequan Walden, by counsel, notes his appeal to the Court of Appeals of Virginia from the sentencing hearing of this Court held on **November 20, 2020**. A transcript and other incidents will be filed.

 Linwood Gequan Walden
 By Counsel

*Annalisa S. Feinman*
Annalisa S. Feinman, VSB #88017
Assistant Public Defender
afeinman@vadefenders.org

Lauren P. Whitley, VSB #75562
Deputy Public Defender
lwhitley@vadefenders.org

Counsel for Linwood Gequan Walden
Office of the Public Defender
701 East Franklin Street
Suite 600—6th Floor
Richmond VA 23219
(804) 225-4330
Fax: (804) 371-4908

148

- 378 -

# CERTIFICATE OF SERVICE

1. The Appellant is Linwood Gequan Walden, Inmate, Richmond City Jail, 1701 Fairfield Way, Richmond, VA. 23223. The Appellee is the Commonwealth of Virginia. Counsel for the Appellant is Annalisa S. Feinman, VSB #88017, Assistant Public Defender, Office of the Public Defender, 701 East Franklin Street, Suite 600--6th Floor, Richmond, VA 23219, (804) 225-4330, fax (804) 371-4908, afeinman@vadefenders.org. Counsel for the Appellee is Colette McEachin, VSB #28345, Commonwealth's Attorney, John Marshall Courts Building, 400 North 9th Street, Richmond, Virginia 23219, (804) 646-3500, fax (804) 646-0506, colette.mceachin@richmondgov.com

2. Transcripts were ordered on **December __7__, 2020** from the court reporters in this case.

3. On **December __7__, 2020,** copies of the Notice of Appeal were mailed to the offices of opposing counsel and to the Appellant, and copies were filed electronically, via VACES, to the clerk of the Court of Appeals.

4. Counsel for the Appellant is court appointed. The Appellant is indigent and is not required to post security. Va. Code § 8.01-676.1(k).

*Annalisa S. Feinman*
Annalisa S. Feinman

Assistant Public Defender

SENTENCING ORDER

FIPS CODE: **760**

Hearing Date: **November 20, 2020**
Judge: **Clarence N. Jenkins, Jr.**

COMMONWEALTH OF VIRGINIA

v.

**LINWOOD GEQUAN WALDEN,** DEFENDANT

The defendant was led before the bar of this Court for sentencing and appeared in person with appointed counsel, Annalisa Feinman and My'chael Jefferson-Reese, public defenders. The Commonwealth was represented by Brooke Pettit. Probation Officer Thorne-Akers was present.

Having heard argument, the Court proceeded to sentence the defendant on the following offenses:

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION | VA. CRIME CODE |
|---|---|---|---|---|
| **CR19-F-3055** | Robbery (F) | 8/31/19 | 18.2-58 | ROB1207F9 |
| **CR19-F-3056** | Robbery (F) | 8/31/19 | 18.2-58 | ROB1207F9 |
| **CR19-F-2888** | Abduction with Intent to Obtain Pecuniary Benefit (F) | 8/31/19 | 18.2-48 | KID1012F2 |
| **CR19-F-2891** | Abduction with Intent to Obtain Pecuniary Benefit (F) | 8/31/19 | 18.2-48 | KID1012F2 |

Pursuant to the provisions of Code § 19.2-298.01, the Court has considered and reviewed the applicable discretionary sentencing guidelines and the guidelines worksheets. The sentencing guidelines worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

The Court **SENTENCES** the defendant to:

Incarceration with the **Virginia Department of Corrections** for the term of: **20 years** in Case No. CR19-F-3055, **20** years in Case No. CR19-F-3056, **20 years** in Case No. CR19-F-2888 and **20 years** in Case No. CR19-F-2891. The total sentence imposed is **80 years.**

The sentence shall run **consecutively** with all other sentences.

144

    The Court **SUSPENDS 10 years** of the sentence, for a period of 40 years in Case No. CR19-F-3055, **10 years** of the sentence, for a period 40 years in Case No. CR19-F-3056, **19 years** of the sentence, for a period of 40 years in Case No. CR19-F-2888 and **19 years** of the sentence, for a period of 40 years in Case No. CR19-F-2891. The total suspended sentence is **58 years**, upon the following condition(s):

**Good Behavior.** The defendant shall keep the peace and be of good behavior upon the defendant's release from confinement.

**DNA Testing.** The defendant shall submit to DNA testing pursuant to §19.2-310.2 of the Virginia Code (1950), as amended, if not already done.

**No contact.** The defendant shall have no contact with the victims.

The defendant was advised of his right to appeal. If appealed, the court appoints the Public Defender's Office to represent the defendant on appeal. Transcripts will be made a part of the record.

**Costs.** The defendant shall pay the costs of court, including court appointed attorney fees, if applicable, and any interest that may accrue until the balance is paid in full.

**Departure.** The defendant is remanded.

    12/8/2020      ENTER: _____
    DATE                                                                      JUDGE

**DEFENDANT IDENTIFICATION:**

Alias: **n/a**
SSN:              DOB:              Sex: **Male**

**SENTENCING SUMMARY:**

TOTAL SENTENCE IMPOSED: **80 YEARS**
TOTAL SENTENCE SUSPENDED: **58 YEARS**

1-filming
1-jail
1-DOC
1-VCSC

145

A CLERICAL ERROR HAVING BEEN MADE IN THIS COURT'S ORDER OF DECEMBER 8, 2020, THE FOLLOWING IS THIS DAY ENTERED NUNC PRO TUNC TO CORRECT THE SAME

**Virginia:**

**In the Circuit Court of the City of Richmond, John Marshall Courts Building**

**SENTENCING ORDER**

FIPS CODE: **760**

Hearing Date: **November 20, 2020**
Judge: **Clarence N. Jenkins, Jr.**

COMMONWEALTH OF VIRGINIA

v.

**LINWOOD GEQUAN WALDEN,** DEFENDANT

The defendant was led before the bar of this Court for sentencing and appeared in person with appointed counsel, Annalisa Feinman and My'chael Jefferson-Reese, public defenders. The Commonwealth was represented by Brooke Pettit. Probation Officer Thorne-Akers was present.

Having heard argument, the Court proceeded to sentence the defendant on the following offenses:

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION | VA. CRIME CODE |
|---|---|---|---|---|
| **CR19-F-3055** | Robbery (F) | 8/31/19 | 18.2-58 | ROB1207F9 |
| **CR19-F-3056** | Robbery (F) | 8/31/19 | 18.2-58 | ROB1207F9 |
| **CR19-F-2888** | Abduction with Intent to Obtain Pecuniary Benefit (F) | 8/31/19 | 18.2-48 | KID1012F2 |
| **CR19-F-2891** | Abduction with Intent to Obtain Pecuniary Benefit (F) | 8/31/19 | 18.2-48 | KID1012F2 |

Pursuant to the provisions of Code § 19.2-298.01, the Court has considered and reviewed the applicable discretionary sentencing guidelines and the guidelines worksheets. The sentencing guidelines worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

The Court **SENTENCES** the defendant to:

Incarceration with the **Virginia Department of Corrections** for the term of: **20 years** in Case No. CR19-F-3055, **20 years** in Case No. CR19-F-3056, **20 years** in Case No. CR19-F-2888 and **20 years** in Case No. CR19-F-2891. The total sentence imposed is **80 years.**

Commonwealth of Virginia vs. Linwood Gequan Walden                                                              Page 2

The sentence shall run **consecutively** with all other sentences.

The Court **SUSPENDS 10 years** of the sentence, for a period of 40 years in Case No. CR19-F-3055, **10 years** of the sentence, for a period 40 years in Case No. CR19-F-3056, **19 years** of the sentence, for a period of 40 years in Case No. CR19-F-2888 and **19 years** of the sentence, for a period of 40 years in Case No. CR19-F-2891. The total suspended sentence is **58 years**, upon the following condition(s):

**Good Behavior.** The defendant shall keep the peace and be of good behavior upon the defendant's release from confinement.

**DNA Testing.** The defendant shall submit to DNA testing pursuant to §19.2-310.2 of the Virginia Code (1950), as amended, if not already done.

**Supervised Probation.** The defendant is placed on probation, to commence on release from incarceration, under the supervision of a Probation Officer until released by the Court or by the Probation Officer. The defendant shall comply with all the rules and requirements set by the Probation Officer. Probation shall include substance abuse counseling and/or testing to be monitored or approved by the Probation Officer. **The defendant shall report within 72 hours upon release from confinement**.

**No contact.** The defendant shall have no contact with the victims.

The defendant was advised of his right to appeal. If appealed, the court appoints the Public Defender's Office to represent the defendant on appeal. Transcripts will be made a part of the record.

**Costs.** The defendant shall pay the costs of court, including court appointed attorney fees, if applicable, and any interest that may accrue until the balance is paid in full.

**Departure.** The defendant is remanded.

_____1/15/2021_____        ENTER: _____
DATE                                                                JUDGE

**DEFENDANT IDENTIFICATION:**

Alias: **n/a**
SSN:                    DOB:                    Sex: **Male**

**SENTENCING SUMMARY:**

TOTAL SENTENCE IMPOSED: **80 YEARS**
TOTAL SENTENCE SUSPENDED: **58 YEARS**

147

- 384 -