
RESPONDENT'S
EXHIBIT
4

# In The
# Court of Appeals of Virginia

---

## RECORD NO. 1376-20-2

---

### LINWOOD GEQUAN WALDEN, JR.,

*Appellant,*

v.

### COMMONWEALTH OF VIRGINIA,

*Appellee.*

---

**JOINT APPENDIX**
**VOLUME II OF II – SEALED**
**(Page 385 – 424)**

---

**Meghan Shapiro (VSB No. 79046)**
**VIRGINIA INDIGENT DEFENSE COMMISSION**
**1604 Santa Rosa Road, Suite 200**
**Richmond, Virginia 23229**
**(804) 662-7249 (Telephone)**
**(804) 662-7359 (Facsimile)**
**mshapiro@vadefenders.org**

*Counsel for Appellant*

**Susan B. Wosk (VSB No. 87343)**
**OFFICE OF THE ATTORNEY GENERAL**
**202 North Ninth Street**
**Richmond, Virginia 23219**
**(804) 786-2071 (Telephone)**
**(804) 371-0151 (Facsimile)**
**oagcriminallitigation@oag.state.va.us**

*Counsel for Appellee*

# TABLE OF CONTENTS
## VOLUME I OF II

**Appendix Page**

Indictments
(Va. Code § 18.2-48 (I))
    filed September 25, 2019 ...................................................................... 1

Order of
The Richmond Metropolitan Multi-Jurisdiction Grand Jury
Re: Multi-Jurisdiction Grand Jury
    entered September 25, 2019 ............................................................. 2

Indictments
(Va. Code § 18.2-48 (i))
    filed September 25, 2019 ...................................................................... 3

Order of
The Richmond Metropolitan Multi-Jurisdiction Grand Jury
Re: Multi-Jurisdiction Grand Jury
    entered September 25, 2019 ............................................................. 4

Checklist for Bail Determinations
    filed October 1, 2019 ............................................................................ 5

Financial Statement – Eligibility Determination for Indigent
Defense Servi es
    filed October 1, 201 ......................................................................... 6

Warrant of Arrest 1 – Felony
    filed October 15, 2019 .......................................................................... 7

Checklist for Bail Determinations 2
    filed October 15, 2019 .......................................................................... 9

Financial Statement – Eligibility Determination for Indigent
Defense Services with Attached Presumptive Eligibility
    filed October 15, 2019 ........................................................................ 10

Warrant of Arrest 2 – Felony
   filed October 15, 2019 ..................................................................... 12

Indictments
(Va. Code § 18.2-58)
   filed November 4, 2019..................................................................... 14

Indictments
(Va. Code § 18.2-58)
   filed November 4, 2019..................................................................... 15

Commonwealth's Response to Defendant's Motion or Discovery
   filed December 3, 2019..................................................................... 16

Commonwealth's Notice of Intent to Present Evidence of Defendant's
Prior Convictions at Sentencing
   filed January 9, 2020 ....................................................................... 19

Transcript of Trial Proceedings before
The Honorable Clarence N. Jenkins, Jr.
   on January 21, 2020 ........................................................................ 33

   Testimony of Caitlyn Hill:

   Direct Examination by Ms. Pettit ..................................................... 46
   Cross Examination by Mr. Feinman .................................................. 67
   Redirect Examination by Ms. Pettit .................................................. 83

   Testimony of Sonya Sheldon:

   Direct Examination by Ms. Pettit ..................................................... 88
   Cross Examination by Ms. Feinman ................................................ 100
   Redirect Examination by Ms. Pettit ................................................ 109

   Testimony of Khalid Harris:

   Direct Examination by Ms. Pettit ..................................................... 112
   Cross Examination by Mr. Efird....................................................... 117
   Redirect Examination by Ms. Pettit ................................................ 125

Transcript of Trial Proceedings before
The Honorable Clarence N. Jenkins, Jr.
        on January 21, 2020, continued:

Testimony of Wayne Hartley:

Direct Examination by Ms. Pettit .................................................... 126

Testimony of Desiree Jones:

Direct Examination by Ms. Pettit .................................................... 131
Cross Examination by Mr. Efird...................................................... 135
Redirect Examination by Ms. Pettit ............................................... 138

Testimony of Linwood Waldon:

Direct Examination by Ms. Feinman .............................................. 155
Cross Examination by Ms. Pettit .................................................... 174
Redirect Examination by Ms. Feinman........................................... 190

Testimony of Desiree Jones (Rebuttal):

Direct Examination by Ms. Pettit .................................................... 197
Cross Examination by Mr. Efird...................................................... 203

Trial Order of
The Honorable Clarence N. Jenkins
        entered January 21, 2020 ............................................ 230

Defendant's Notice and Motion for Release of Court Funds
For Expert Assistance
        filed September 18, 2020............................................... 232

Transcript of Hearing before
The Honorable Clarence N. Jenkins, Jr.
        on September 30, 2020 ................................................. 262

SEALED

Continuance Order of
The Honorable Clarence N. Jenkins, Jr.
Re: Denying Defendant's Motion for Expert Funds
      entered October 16, 2020 ............................................................ 286

Transcript of Sentencing Proceedings before
The Honorable Clarence N. Jenkins, Jr.
      on November 20, 2020 .................................................................... 287

      <u>Testimony of LaShaun D. Manuel</u>:

      Direct Examination by Ms. Feinman .............................................. 298
      Cross Examination by The Commonwealth ................................... 307
      Redirect Examination by Ms. Feinman.......................................... 312

      <u>Testimony of Ernestine Thorn-Acres</u>:

      Direct Examination by Ms. Feinman .............................................. 317
      Cross Examination by The Commonwealth ................................... 320

      <u>Testimony of Latrika Brown</u>:

      Direct Examination by Ms. Feinman .............................................. 321
      Cross Examination by The Commonwealth ................................... 326
      Redirect Examination by Ms. Feinman.......................................... 327

      <u>Testimony of Molly O'Rourke</u>:

      Direct Examination by Ms. Feinman .............................................. 328
      Cross Examination by The Commonwealth ................................... 340

Completed Sentencing Guidelines
      filed November 20, 2020.................................................................. 373

Defendant's Notice of Appeal
      filed December 7, 2020.................................................................... 378

Sentencing Order of
The Honorable Clarence N. Jenkins, Jr.
      entered December 8, 2020 ............................................................. 381

Sentencing Order Issued *Nunc Pro Tunc* of
The Honorable Clarence N. Jenkins, Jr.
    entered January 15, 2021 ................................................................ 383



# TABLE OF CONTENTS
## VOLUME II OF II – SEALED

**Appendix Page**

Presentence Report
    filed August 31, 2020 ........................................................ 385

Exhibit C-1 Presentence Report
    filed November 20, 2020 ................................................... 408



# Presentence Investigation Report

### Offender Information

| | |
|---|---|
| District Number  P01 | PSI #  460204 |
| Date of Sentencing  July 08, 2020  8/31/2020 | Prepared By  Thorne-Akers, Ernestine |
| | Date Prepared  7-1-2020 |

| Offender's Name (Last, First Middle) |
|---|
| Walden, Linwood Gequan, Jr. |

| Nickname/Street Name | Alias(AKA) | Maiden Name |
|---|---|---|
| Qualified; Wood | See addendum to Page 1 | |

| Race | Sex | Place of Birth (City or County) LOC/State | Age at Offense | Date of Birth |
|---|---|---|---|---|
| Black | Male | Richmond, Virginia | 27 | |

| Social Security Number | State ID Number (CCRE) | FBI Number |
|---|---|---|
| | 2060132W | 923027LD3 |

| Permanent Address |
|---|
| |

| Local Address (if different) |
|---|
| |

| Court | Judge |
|---|---|
| Richmond City Circuit | Honorable Clarence N. Jenkins, Jr. |

| Prosecuting Attorney | Defense Attorney | Type of Counsel |
|---|---|---|
| Pettit, Brooke | Defense Attorney Feinman, Annalisa Defense Attorney Efird, William | Court Appointed |

| Date of Conviction | Method of Adjudication | |
|---|---|---|
| 01/21/2020 | Judge | |

| Pretrial Status | Source of Bond | Post Trial Status |
|---|---|---|
| Confinement | N/A | Confined |

| Pretrial Jail Status |
|---|

| Pretrial Jail Status From | Pretrial Jail Status To |
|---|---|
| | |

| | Docket Number | Offense at Indictment | Plea Per Offense |
|---|---|---|---|
| 1 | 19-F-2888 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | Not Guilty |
| 2 | 19-F-2891 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | Not Guilty |
| 3 | 19-F-3055 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | Not Guilty |
| 4 | 19-F-3056 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | Not Guilty |

| | Offense at Conviction | Plea Agreement |
|---|---|---|
| 1 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | No |
| 2 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | No |
| 3 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | No |
| 4 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | No |



CONFIDENTIAL
81



| Name(Last, First Middle) | Disposition |
|---|---|
| None | |

Addendum - Aliases AKA

| Also Known As |
|---|
| QUEN, LINWOOD;WALDEN, LINWOOD G;Walden, Linwood Gequan;Walden, Wood Geq Uan;Walden, Linwood Gequan |

CONFIDENTIAL

# Current Offense Information

| | Most Serious Offense at Indictment |
|---|---|
| | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} |

| Offense Date | No. of Co-Defendants | Resisting Arrest Charge | Type of Offense |
|---|---|---|---|
| 08/31/2019 | 0 | No | Person |

**Legal Status at the Time of Offense (check all that apply)**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Escaped | ☐ Offender | ☐ Mandatory Parole | ☐ Discretionary Parole | ☐ Probation | ☐ On Bond |
| ☐ Summons | ☐ Released on Recognizance | ☐ Post-Release | ☐ Community Program | ☑ Good Behavior | |
| ☐ Unsupervised Probation | ☐ Juvenile Probation | ☐ Missing Unknown | ☐ Other | ☐ None | |

| Weapon Use | Weapon Type |
|---|---|
| Used To Threaten | Firearm |

| Offender's Role in Offense | Current Arrest Date |
|---|---|
| Alone | 09/01/2019 |

| | Injury to Victim |
|---|---|
| | Threatened |

| Victim Relationship to Offender | Physically Handicapped Victim | Victim Information | | |
|---|---|---|---|---|
| | No | Sex | Race | Age |

**Victim Impact Statement Requested**
If Yes. Attach to Last Page of PSI
No

| | Alcohol/Drug Use at Time of Offense |
|---|---|
| | None |

| Primary Drug: | Secondary Drug: |
|---|---|
| Amount: | Amount: |

CONFIDENTIAL

Narrative of Current Offense:

## COMMONWEALTH'S VERSION:

The following information was provided by Assistant Commonwealth Attorney Pettit and should not be construed as verbatim evidence presented at trial:

On August 31, 2019, Caitlin Hill and Sonya Sheldon drove to DaVinci's in the City of Richmond to pick up a pizza. Sheldon waited in the front passenger's seat of the car while Hill went into the restaurant to get the food. After Hill returned to the car, Linwood Walden, a stranger to both women, got into the back seat. Hill told the defendant to get out of the car. The defendant began making threats to kill the women. He demanded their property, taking their cell phones and Sheldon's cigarettes and makeup bag. While continuing to make threats to shoot the women, the defendant ordered Hill to drive. He directed her to pull into an alley where he ordered the women to remove their clothing. When they refused, he struck Hill twice on the side of the head and told Sheldon that she'd see her friend's brains splattered on the sidewalk. The defendant then ordered Hill to drive to the Ocean Grocery. He also told Sheldon not to look at him, and she closed her eyes. When they arrived at the Ocean Grocery, the defendant directed Hill to go to the ATM in the store and take out $100.00. He followed Hill into the store, taking the money after she used her debit card in the ATM machine. The defendant than ran out of the Ocean Grocery. In the path in which he fled, Sheldon's makeup bag containing both victim's phones was recovered. Police made contact with the defendant in the area within minutes, but did not realize that he was the suspect until detectives were able to review surveillance footage from the Ocean Grocery. When the defendant was searched, he had currency and Sheldon's cigarettes on his person.

## OFFENDER'S VERSION:

Walden was interviewed at Richmond City Justice Center via video on April 14, 2020 and provided the following verbatim verbal statement regarding the instant offense:

"No comment."



**REF:** Walden, Linwood G

| | Prior Juvenile Record | Type Of Record | Age at First Juvenile Deliquent Adjudication |
|---|---|---|---|
| | No | | 0 |

| Number Prior Juvenile Delinquent Adjudications | | | |
|---|---|---|---|
| Crimes Against Person | Crimes Against Property | Drug Crimes | Other |
| 0 | 0 | 0 | 0 |

| Type Of Dispositions | Verified Information | Source Of Information if Unverified | |
|---|---|---|---|
| | No | | |

**Narrative of Juvenile Criminal History**

Walden states he does not have a juvenile record. Any such record may be expunged due to his age.



| | Prior Adult Record<br>Yes | No. of Prior Felony Sentence<br>Events<br>2 | No. Prior Felony Convictions For | | | |
|---|---|---|---|---|---|---|
| | | | Crimes Against<br>Person | Property<br>Crimes | Drug<br>Crimes | Others |
| | | | 1 | 0 | 0 | 2 |

| No. of Prior Felony Convictions For Instant Offense at<br>Conviction<br>1 | No. of Previous Felony Commitments | | |
|---|---|---|---|
| | Virginia    1 | Out of State    0 | |

| Most Recent and Serious Prior Criminal Adult Convictions |
|---|
| Description |
| 1. Probation: Violation On Felony Offense{PRB-4850-F9}{19.2-306} - 2012 Rob - 1 |
| 2. Robbery: On Or Near Street{ROB-1214-F9}{18.2-58} - 6-28-12 |
| 3. Fleeing From Law Enforcement Officer{JUS-4831-M1}{18.2-460(E)} |
| 4. Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} |
| 5. Assault: (Misdemeanor){ASL-1313-M1}{18.2-57(A)} |

| No. of Prior Probations<br>Completed 0        Revoked 1 | No. of Prior Paroles<br>Completed 0        Revoked 0 | No. of Prior Incarcerations Received | |
|---|---|---|---|
| | | Under One<br>Year<br>3 | One Year<br>or More<br>1 |

| Last Previous Arrest Date<br>12/11/2018 | No. Prior Misdemeanant Convictions | |
|---|---|---|
| | Criminal   8 | Criminal traffic   0 |

**Narrative of Adult Criminal History**

On December 10, 2012, Walden was convicted of Robbery and Use of a Firearm in Richmond Circuit Court before the Honorable Gregory L. Rupe, Judge. On that date, subject was sentenced to 20 years with 19 years suspended for Robbery. He was sentenced to three years for Use of a Firearm in a Felony.

The following is an offense summary provided by Assistant Commonwealth Attorney Pettit:

Related to the 2012 conviction, the following is an excerpt from a motion to consolidate offenses:

On June 28, 2012, in the City of Richmond, Arturo Zuniga was sitting in his car which was parked in a motel parking lot in the 6300 block of Midlothian Turnpike. An unknown black male with "big eyes" approached Mr. Zuniga, produced a small black handgun and demanded his personal property. Mr. Zuniga provided a detailed description of the suspect to police but no identity could be confirmed. On July 9, 2012, Sheria Parker was sitting in a parked car outside of a Family Dollar in the 6500 block of Midlothian Turnpike when an unknown black male with "big eyes" entered her vehicle and placed the barrel of a handgun against the back of her head. Again, personal property was demanded, a detailed description was provided to police but no identity could be confirmed. Finally on July 10, 2012, Frank Davis was robbed at gunpoint outside a motel in the 6600 block of Midlothian Turnpike. When police arrived, Mr. Walden was arrested on scene. He was wearing the clothing described by Ms. Parker, he matched the exact physical description provided by Mr. Zuniga and he was in possession of a BB gun matching the firearm described by both victims. Based on the description, the time span between crimes and the proximity of the locations to one another, the



SEALED

investigating detectives decided to show both Mr. Zuniga and Ms. Parker photo lineups containing Mr. Walden's picture. Both victims positively identified Mr. Walden as the man who robbed them All three robberies and their ancillary charges were brought in a single Presentment before the August 6 Richmond Grand Jury.

On May 2, 2016, Walden was released from the Department of Corrections to supervised probation in District One. Supervision was assigned to Gang Probation Officer Edwards based on subject's designation as a member of the Gangster Disciple Gang. Subject kept his initial appointments and reported seeking employment. He was placed in the Peer Support Group, a mandatory re-entry aftercare program, in June 2016. He obtained employment at Hewlett Packard in July 2016, but left the job due to inconsistent transportation. He reported interviewing at McDonald's. He also reported having problems due to his daughter passing away and a friend being killed. He expressed an interest in obtaining his GED. In September 2016, he reported helping his father with odd jobs in the community. He had moved in with a girlfriend, but had to return to his mother's residence because he could not reside in a "red zone". In November 2016, he tested positive for cocaine and marijuana. He was referred for a substance abuse treatment assessment. He was placed in the Men's Relapse Prevention Group beginning December 12, 2016. He was placed on the random urine screen program. He missed a few urine screens and group sessions. The counselor noted that he participated and completed assignments when he attended. He reported working through a temporary agency. On January 18, 2017, subject left the district office without meeting with his substance abuse counselor and probation officer to address his program attendance and why he shouldn't be discharged. He was unsuccessfully discharged from group on that date. He reported working by helping his wife take care of a disabled person. He obtained employment at Applebees in March 2017. Subject tested positive for Cocaine and Marijuana. A Violation Report was filed on March 30, 2017. A Capias was issued on April 6, 2017.

Walden appeared in Richmond Circuit Court before Judge Designate Stout on August 1, 2017 for Probation Violation. On that date, his 19 year suspended sentence was revoked, but 18 years and five months were resuspended. He was removed from supervised probation.

Walden was released from jail on October 13, 2017.

| Gangs & STG | Confirmed Gangs & STG |
| --- | --- |
| **Gangs & STG Narrative** | |

According to Department of Corrections file material, subject was classified as a member of the Gangsta Disciples Gang.


CONFIDENTIAL

- 391 -

| | Number of Dependents | Marital Status | Living Status |
|---|---|---|---|
| | 1 | Single/Never Married | Other |

| Length of Residence at Current Address | Length of Residence in Local Area | Length of Residence Apart from Parents | Has Any Member of Offender's Family Ever Been Convicted of a Felony? |
|---|---|---|---|
| Years 2 Months 4 | Years 28 Months 0 | Years 8 Months 0 | No |

| Spouse Name/Address |
|---|
| |

**Narrative of Family/Environmental Information**

The following information was obtained from subject. An atten... contact l mother was unsuccessful.

**Father: Linwood G. Walden,** age 82, resides at ... ...... ...... ., Chesterfield, Virginia. He attended high school and he worked as a tractor . r ver for ` years. He also was a part-owner of two car washes. He is in good health, has no . 'n hist of alcohol or substance abuse and has no known criminal record.

**Mother: Lashawn Manuel,** age 49, resides . ...... .... .... ...... Richmond, Virginia. She is a high school graduate and is empl 'ed as a nur. 'h. .1 good health, has no known history of alcohol or substance abuse and. ...wn cri... . record.

Subject states he has st. -brothe. n' .atn. s side, but he doesn't know anything about them.

**Daughter:** . ' 'n No\ ber 19, 2012, passed away on February 15, 2016 as a result of homicide.

**Son:** , ' M .n 25, 2017, resides at , Richmond, Virginia.

**DOM. '' .n ' )NMENTAL SUMMARY**:

Walden is th. ''' .ild born to the relationship of Linwood Walden and Lashawn Manuel. He was raised by his p...ents in the Blackwell area of Richmond in a single-family dwelling. He was provided adequate food, clothes and shelter. He received love, guidance and discipline. Education and religion were emphasized in the household. No type of abuse reported. He reports no alcohol or drug use in his family life. He reports a traumatic experience of the loss of his three year old daughter who was beat to death by her godmother on February 15, 2016.

Walden states he left home when he was 19 years old and went to live with his girlfriend. He has been working to support himself and his family. He indicates he has a good relationship with his family.

CONFIDENTIAL

|  | Highest Education Achievement Years<br>Technical/Trade | Name/Location of Last School Attended<br>Department of Correctional Education |
|---|---|---|

**Education Narrative**

Walden states he attended Boushall Middle School before being transferred to Capital City Program, an alternative school, after defending himself in a fight. He was subsequently transferred to the Adult Career Development Center for the 11th grade. He reports his grades were average and his attendance was good. He states he was on the football team.

Walden reports he obtained his GED in 2016 while at Sussex I State Prison. He also reports receiving vocational training in painting and drywall while in the Department of Corrections.

| | N/A | Current Military Status | Length of Service | |
|---|---|---|---|---|
| | | | Years  0 | Months  0 |
| Dates of Service | | Type Of Discharge | | |
| From          To | | | | |

**Military History Narrative**

| | Social Activities<br>Non Constuctive |
|---|---|
| Religion<br>Active | Religious Preference<br>Muslim |

**Social/Religious Activities Narrative**

Walden states in his spare time he enjoys reading and spending time with his child.

Walden reports his religious preference is Sunni Muslim. He indicates he attends mosque eight times a month. He states he is a member of Abubakr Masjid located on North Avenue. In regards to his feelings about religion and its role in his life, he states religion "definitely made me understand a lot more about self and life. I have realized the obedience one must have in order to submit to God."

CONFIDENTIAL

| EMPLOYMENT HISTORY | |
|---|---|
| **Employment at Time of Offense** <br> Unemployed | **Type of Employment** <br> Semi-Skilled |
| **Description of Occupation** <br> Stock Clerks and Order Fillers | **Employment Record Over the Past Two Years** <br> Irregular |
| **Length of Longest Employment** <br> 2 Year(s) and 0 Month(s) | **Longest Employment Period Within Past Two Years** <br> 0 Year(s) and 4 Month(s) |

**Employment History Narrative**

Walden states he was unemployed at the time of the offense.

Arby's – 12th Street, Richmond, VA

Walden states he was employed as a cook for four months in 2019. His salary was $9.00 per hour. His job ended due to his incarceration.

Food Lion – 5620 Hull Street, Richmond, VA

Subject reports he was employed as a stock person from 2010 to 2012. His salary was $8.50 per hour. He states he was laid off.

Skateland – 5512 Hull Street, Richmond, VA

Subject reports he was employed from 2008 to 2011 for the roller skating company. His job duties including teaching skating, deejaying and stocking skating supplies. He reports his salary was $7.25 per hour. His job ended due to the closure of the business.

Buzz Thru Car Wash – 5223 Midlothian Turnpike, Richmond, VA

Subject reports he began working at his father's car wash business when he was ten years old. He helped with maintenance and performed inventory. When he got older, his father paid him "under the table." He stopped working there when he was 19 years old because his father retired from the business.

| FINANCIAL STATUS | Residence <br> Other | Checking Account <br> No | Savings Account <br> Yes | Gross Monthly Income Claimed |
|---|---|---|---|---|
| **Total Indebtedness Claimed** | | | | |
| **Total Monthly Payments Claimed** | Source(s) of Subsistence | | | |



**Financial Status Narrative**

Walden reports he owns a 2012 Toyota Corolla. He reports no outstanding bills.

SEALED

CONFIDENTIAL

REF: Walden, Linwood G

| HEALTH INFORMATION | Physical Health Condition<br>Good | Physical Handicaps<br>No | Mental Health<br>Treatment<br>No | Mental Health Commitment<br>No |
|---|---|---|---|---|
| Mental Health<br>Treatment Type<br>N/A | | Mental Health<br>Commitment Type<br>N/A | | |
| Drug Use Claimed<br>Moderate use | | | Drug Abuse<br>Apparent<br>No | Drug Treatment<br>No |
| Type of substances Claimed<br>Marijuana | | | | |
| Alcohol Use Claimed<br>Moderate use | | | Alcohol Abuse<br>Apparent<br>No | Alcohol Treatment<br>No |
| Height<br>6' 0" | | Weight<br>175 Lbs. | Color Eyes<br>Brown | Color Hair<br>Black |

**Scars, Marks, Tattoos**

Tattoo shoulder, right: Star of David (GD); "19" - Tattoo forearm, nonspecific: South Side - Tattoo forearm, nonspecific: Team Finest - Tattoo neck: "BLACKWELL" - Tattoo chest: "roses and mom and dad", - Tattoo arm, left upper: "a woman bent over wearing stocking & garter - Tattoo forearm, right: "Team" - Tattoo forearm, left: "Flyest" - Tattoo forearm, nonspecific: various tattoos - Tattoo hand, nonspecific: "LG GMG" - Tattoo arm, right: "Women" - Tattoo arm, left: "Loyalty", "True", "Adore Naque", "Truly Blessed", "Crystal", "OTM", a clown w/ a hat - Tattoo arm, right: a skull, "Love Mickey", daughter's picture, "Latrice, a lotus flower, "Team", a skull, skinches (bricks/black windows of prison) - Tattoo abdomen: flames, "MOE", music symbol, a skull w/ a skully hat - Tattoo shoulder, left: "92" - Tattoo chest: an angel of life, "best friends"

**Health Information Narrative**

Walden reports having the normal childhood illnesses. He reports no known allergies. He denies having any serious illnesses, accidents, injuries or hospitalizations. He describes his current health as good.

**Mental Health Information Narrative**

Walden reports no history of mental health treatment.

**Substance Abuse Information Narrative**

Walden reports he began smoking marijuana when he was 15 years old. He describes his usage as moderate. He does not feel that he has a drug problem and does not feel that he needs treatment.

Walden reports he began consuming alcoholic beverages when he was 18 years old. He describes his drinking as moderate. He does not feel that he has an alcohol problem and does not feel that he needs treatment.



92

Community Supervision Plan & Summary

| | |
|---|---|
| | **Residence Plan**<br>To Be Secured |

|  | **Residence** | | **Employment** |
|---|---|---|---|
| Name | Transitional Housing | Name | |
| Address | To be secured | Address | |
| Telephone | | Telephone | |

**Offender's Plan of Restitution**

Walden states he will work to pay any court ordered financial obligations.

**Offender's Community Plan to Help Self**

Walden states he wants to obtain employment. He wants to be successful, own businesses, give back to the community, raise his children to be better and different than what he's been and he will worship the Lord.

**Community Resource Proposed for Offender Assistance**

Walden could benefit from a substance abuse treatment assessment, random urine screens and cognitive counseling.

**Recommendation**
No Recommendation

**Recommendation Summary**

*Ernestine Thorne-Akers*
**Probation & Parole Officer**
**Thorne-Akers, Ernestine**


CONFIDENTIAL

# Criminal History Attachment

| PRIOR RECORD | Offender's Name (Last, First Middle) |  |
|---|---|---|
|  | Walden, Linwood Gequan, Jr. |  |

| FBI Number | State ID Number (CCRE) | DOC Number |  |
|---|---|---|---|
| 923027LD3 | 2060132W | 1469223 |  |

| Race | Sex | Date of Birth | Social Security Number |
|---|---|---|---|
| Black | Male |  |  |

**Criminal History Narrative**

| Offense Date | Jurisdiction | Charged Offense | Convicted Offense | Sentence Date | Sentencing |
|---|---|---|---|---|---|
| 05/08/2011 (O) | Richmond City Circuit | Grand Larceny: >=$200 Not From A Person{LAR-2359-F9} {18.2-95(ii)} amended to Misd. Rec. Stolen Goods | N/A | 01/26/2012 | Deferred Finding of Guilt/Under Advisement |
| 05/15/2011 (O) | Richmond City JDR | Assault & Battery - Family Member{ASL-1315-M1}{18.2-57.2(A)} | N/A | 09/22/2011 | Dismissed |
| 05/15/2011 (O) | Richmond City JDR | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 09/22/2011 | Dismissed |
| 06/15/2011 (O) | Richmond City - Mnchstr GDC | Contempt Of Court: Fail To Appear Capias{CON-5025-S9}{18.2-456} | N/A | 07/20/2011 | Nolle Prossed |
| 06/15/2011 (O) | Richmond City - Mnchstr GDC | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | Same | 07/20/2011 | 10 days suspd.; $100 fine; $77 costs |
| 06/15/2011 (O) | Richmond City - Mnchstr GDC | Failure To Appear: On Misdemeanor Offense{FTA-5020-M1}{19.2-128(C)} | N/A | 07/20/2011 | Nolle Prossed |
| 06/28/2011 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | Same | 12/10/2012 | 3 yrs.; $836 costs |
| 07/01/2011 (O) | Richmond City JDR | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 09/22/2011 | Nolle Prossed |
| 03/30/2012 (O) | Richmond City - Mnchstr GDC | Trespass: After Being Forbidden To Do So{TRS-5709-M1} {18.2-119} | N/A | 06/04/2012 | Nolle Prossed |
| 05/10/2012 (O) | Richmond City - Mnchstr GDC | Alcohol: Purch/Possess By Person <21Y{ALC-4165-M1}{4.1-305(A)} | N/A | 07/18/2012 | Dismissed |
| 06/28/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1}, 2 counts | N/A | 12/10/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City Circuit | (Attempted)Robbery: On Or Near Street{ROB-1214-A9} {18.2-58} | N/A | 12/10/2012 | Nolle Prossed |


CONFIDENTIAL

| 06/28/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 12/10/2012 | Nolle Prossed |
|---|---|---|---|---|---|
| 06/28/2012 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | N/A | 12/10/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City - Mnchstr GDC | Robbery: Residence{ROB-1215-F9}{18.2-58} | N/A | 08/08/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City - Mnchstr GDC | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 08/08/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City Circuit | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | N/A | 12/10/2012 | Nolle Prossed |
| 07/09/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 12/10/2012 | Nolle Prossed |
| 07/09/2012 (O) | Richmond City Circuit | Robbery: Street W/ Use Of Gun Or Simulated Gun{ROB-1204-F9}{18.2-58} | N/A | 12/10/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | N/A | 12/10/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 12/10/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City - Mnchstr GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 08/01/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City - Mnchstr GDC | Firearm/Etc: Pointing/Brandishing {WPN-5251-M1}{18.2-282(A)} | N/A | 08/01/2012 | Nolle Prossed |
| 11/08/2012 (A) | Richmond City Circuit | Robbery: On Or Near Street{ROB-1214-F9}{18.2-58} 6-28-12 | Same | 12/10/2012 | 20 yrs. w/ 19 yrs. suspd.; supv. prob.; $981 costs; $250 rest to Mr. Zuniga; $46 rest. to Ms. Parker to be paid thru prob. |
| 04/18/2013 (O) | Richmond City - Crim GDC | Assault: (Misdemeanor){ASL-1313-M1}{18.2-57(A)} | Same | 05/22/2013 | 12 mos. w/ 11 mos. suspd.; 3 yrs. unsupv. prob.; $222 costs |
| 05/02/2016 | | Release to supv. prob. Dist. #1 | | | |
| 12/31/2016 (O) | Chesterfield GDC | Traffic:Failure To Wear Seatbelts (front Seat){EQU-6570-I9}{46.2-1094} | Same | 02/10/2017 | $25 fine |
| 03/25/2017 (O) | Richmond City - Crim GDC | Robbery: Residence{ROB-1215-F9}{18.2-58} | N/A | 05/27/2017 | Nolle Prossed |



CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 04/06/2017 (O) | Richmond City Circuit | Probation: Violation On Felony Offense{PRB-4850-F9}{19.2-306} 2012 Rob - 1 | Same | 08/01/2017 | 19 yrs. rev. w/ 18 yrs. 5 mos. resuspd.; remove from prob.; $1059 costs |
| 12/29/2017 (O) | Richmond City JDR | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 04/11/2018 | Dismissed |
| 02/19/2018 (O) | Richmond City JDR | Assault & Battery – Family Member{ASL-1315-M1}{18.2-57.2(A)} | N/A | 04/11/2018 | Dismissed |
| 06/06/2018 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 10/10/2018 | Nolle Prossed |
| 06/07/2018 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | Same | 10/10/2018 | 12 mos. suspd; $202 costs; 3 yrs. unsupv. prob. |
| 07/02/2018 (O) | Richmond City - Crim GDC | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | Same | 10/10/2018 | $50 fine; $82 costs |
| 08/02/2018 (O) | Richmond City JDR | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 11/01/2018 | Dismissed |
| 08/16/2018 (O) | Richmond City JDR | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 11/26/2018 | Nolle Prossed |
| 09/04/2018 (O) | Richmond City - Crim GDC | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 10/10/2018 | Nolle Prossed |
| 09/19/2018 (O) | Richmond City JDR | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 11/26/2018 | Dismissed |
| 10/09/2018 (O) | Richmond City - Mnchstr GDC | Stolen Goods: Buy/Receive, Larceny >=$500{LAR-2808-F9}{18.2-108(A)} | Stolen Goods: Buy/Receive, Larceny <$500{LAR-2809-M1}{18.2-108(A)} | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; $377.11 rest.; 3 yrs. unsupv. prob.; $207 costs |
| 10/11/2018 (O) | Richmond City - Crim GDC | Credit Card Larceny: Take/Obtain No. {FRD-2360-F9}{18.2-192(1)(a)} | Credit Card Fraud: By Person, <=$200 In 6M{FRD-2636-M1} {18.2-195(1)} | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; 2 yrs. unsupv. prob.; $232 costs |
| 10/17/2018 (O) | Richmond City - Crim GDC | Fleeing From Law Enforcement Officer{JUS-4831-M1}{18.2-460(E)} | Same | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; 3 yrs. unsupv. prob.; $207 costs |
| 10/27/2018 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | Same | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; 3 yrs. unsupv. prob.; $207 costs |
| 10/27/2018 (O) | Richmond City - Crim GDC | Forging Instruments: Make/Possess{FRD-2515-F4}{18.2-171} | N/A | 01/10/2019 | Nolle Prossed |
| 11/23/2018 (O) | Richmond City - Crim GDC | Contempt Of Court: Disobey Process, Judgment/Etc{CON-3283-S9}{18.2-456(5)} | N/A | 12/14/2018 | Dismissed |



- 400 -

| 11/24/2018 (O) | Richmond City - Crim GDC | Bailee: Viol Cond Of Release/Pretrial{BN D-9975-S9}{19.2-123} | N/A | 01/10/2019 | Dismissed |
|---|---|---|---|---|---|
| 08/05/2019 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 10/09/2019 | Nolle Prossed |
| 08/31/2019 (O) | Richmond City Circuit | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(I)} | Same | 07/08/2020 | Current Offense |
| 08/31/2019 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 2Nd+ Off{ASL-1323-F9}{18.2-53.1}, 2 counts | N/A | 01/21/2020 | Nolle Prossed |
| 08/31/2019 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1}, 2 counts | N/A | 01/21/2020 | Nolle Prossed |
| 08/31/2019 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9} {18.2-58} | Same | 07/08/2020 | Current Offense |
| 08/31/2019 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9} {18.2-58} | Same | 07/08/2020 | Current Offense |
| 08/31/2019 (O) | Richmond City Circuit | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(I)} | Same | 07/08/2020 | Current Offense |
| 01/03/2020 (O) | Richmond City - Crim GDC | Fail To Pay Restitution{SSV-4846-S9}{19.2-305.2} | N/A | 01/15/2020 | Other |

*Ernestine Thorne Akers*

**Probation & Parole Officer**
**Thorne-Akers, Ernestine**

SEALED

CONFIDENTIAL

S21013006904

# Sentencing Guidelines Cover Sheet
Complete this form ONLY for applicable felonies sentenced on or after July 1, 2020

Scheduled Sentencing Date:
07/08/20

◆ **OFFENDER**

First: LINWOOD    Middle: GEQUAN    Last: WALDEN    Suffix:

Date of Birth: __ __ 1992    SSN:

CCRE: 2060132W    CORIS Offender ID: 1469223    PSI #: 460204

◆ **COURT**

Judicial Circuit: 13    City/County: RICHMOND    FIPS Code: 760    For Office Use Only

Sentencing Judge's Name: CLARENCE N. JENKINS

Preparer Name: THORNE-AKERS, ERNESTINE    ○ Commonwealth's Attorney  ● Probation Officer

Prosecuting Commonwealth's Attorney: BROOKE PETTIT    Defense Attorney: A. FINEMAN/W. EFIRD

◆ **PRIMARY OFFENSE**

| Description | Counts | VCC | | | Offense Date | | |
|---|---|---|---|---|---|---|---|
| | | | | | Month | Day | Year |
| ROBBERY | 2 | ROB | 1207 | F9 | 8 | 31 | 19 |

Primary Offense Code Section § 18.2-58    Docket Number CR19F0305500

For a comprehensive list of all offenses in the sentencing event, please refer to the **Offense Details** page following **Section C.**

◆ **METHOD OF ADJUDICATION**

☐ Jury Trial  Sentence Set by Jury: ____ Years ____ Months ____ Days    ○ Life  ○ Juvenile  ○ Fine Only

☑ Bench Trial    ☐ Guilty Plea    ☐ Alford Plea/Nolo contendere

◆ **SENTENCING GUIDELINES RECOMMENDATION**

**Section B**

○ Probation/No Incarceration
○ Incarceration 1 Day to 3 Months
○ Incarceration 1 Day to 6 Months
○ Incarceration 3 to 6 Months
○ Probation/No Incarceration or Incarceration to 6 Months

**Section B**
Mandatory Minimum _____ yyy/mm/dd

**Section C**

○ Life Sentence
● Incarceration  (Enter Midpoint and Range Below)

| Range Midpoint | 29 | 3 | 0 |
|---|---|---|---|
| | Years | Months | Days |

| Sentence Range | 21 | 11 | 0 | TO | 33 | 11 | 0 |
|---|---|---|---|---|---|---|---|
| | Years | Months | Days | | Years | Months | Days |

☐ Recommendation Adjusted for  **Mandatory Minimum**

○ Non Guidelines Offense
(Primary offense is a non guidelines offense)

98

- 402 -

SEALED

◆ **Final Disposition** Fill In After Sentence Has Been Pronounced

◆ **SENTENCE** WALDEN, LINWOOD GEQUAN

| | Years | Months | Days |
|---|---|---|---|

Total Time Imposed Before Suspension ............. ☐ Life Sentence + [ ] [ ] [ ]

Total Effective Time to Serve ............. ☐ Life Sentence + [ ] [ ] [ ] ☐ Sentenced to Time Served

Post Release

Post Release Incarceration Term §18.2-10 (Suspended) ............. [ ] [ ]

Post Release Supervision Period §19.2-295.2(A) ............. [ ] [ ]

Probation Period (Supervised) § 19.2 - 303 ............. ☐ Indefinite [ ] [ ]

☐ Good Behavior Period § 19.2 - 306 [ ] [ ]

Check all that apply
☐ Incarceration Sentence to Run Concurrently With Another Sentencing Event
☐ Written Plea Agreement Accepted = Rule 3A:8(c)(1) (A) or (C)
☐ Plea and Recommendation Accepted = Rule 3A:8(c)(1)(B)
☐ Oral Sentence Recommendation Accepted
☐ Restitution $ [ ] ☐ Fine $ [ ]

**Other Sentencing Programs** (check all that apply)
☐ Day Reporting ☐ Community-Based Program
☐ Electronic Monitoring ☐ **CCAP** Detention/Diversion Center Incarceration, 22-28 weeks
☐ Intensive Probation ☐ **CCAP** Detention/Diversion Center Incarceration, 42-48 weeks
☐ § 18.2-251/§ 18.2-258. ☐ Drug Court [ ] [ ] [ ]  *Office Use Only*
☐ Substance Abuse Treatment ☐ Youthful Offender
☐ **DJJ** Commitment ○ Indeterminate ○ Determinate
☐ Other [ ]

◆ **REASON FOR DEPARTURE**
Must be completed pursuant to § 19.2-298.01(B) *Office Use Only* [ ] [ ] ———

◆ **SENTENCING DATE**

[ ] . [ ] . [ ]
Month     Day     Year

_____
*Judge's Signature*

◆ **ATTACH COURT ORDER AND MAIL** Pursuant to § 19.2-298.01(E) _____

After sentencing, send to:

**Virginia Criminal Sentencing Commission • 100 North Ninth Street • Fifth Floor • Richmond, Virginia 23219**

*Office Use Only*
[ ] [ ] [ ]

99

# Robbery ⟶⬥ Section A

Offender Name: WALDEN, LINWOOD GEQUAN

◆ **Primary Offense** ─────────────────── *(scores for attempted/conspired offenses are in parentheses)* ───────

  A.   Attempted or conspired robbery or carjacking   (1 count) ............................................................. (1)
  B.   Street without a gun or simulated gun
                1 count .......................................................................................2
                2 counts ......................................................................................6
  C.   Business without a gun or simulated gun
                1 count .......................................................................................4
                2 counts ......................................................................................6
  D.   Residence without a gun or simulated gun   (1 count) ...................................4
  E.   Carjacking without a gun   (1 count) ...............................................................4
  F.   Street, residence, business or carjacking with a gun or simulated gun   (1 count) ...6
  G.   Bank robbery with or without a gun or simulated gun   (1 count) ........................6

**Score**
▼
**6**

◆ **Primary Offense Remaining Counts**   <u>Total</u> the maximum penalties for counts of the primary not scored above ─

     Years:    10 or more .................................................................................2

**2**

◆ **Additional Offenses**   <u>Total</u> the maximum penalties for additional offenses, including counts ─────

     Years:    Less than 2 ...............................................................................0
              2 or more ..................................................................................2

**2**

◆ **Weapon Used** ────────────────────────────────────────────

     None ................................................................................................0
     Simulated weapon or other than firearm ..............................................1
     Firearm ...........................................................................................3

**3**

◆ **Victim Injury** ─────────────────────────────────────────────

     Threatened ......................................................................................1
     Emotional, physical or serious ...........................................................2
     Life threatening ...............................................................................3

**2**

◆ **Prior Convictions/Adjudications**   <u>Total</u> the maximum penalties for the 5 most recent and serious prior record events ─

     Years:    Less than 6 ...............................................................................0
              6 or more ..................................................................................1

**1**

◆ **Prior Incarcerations/Commitments** ─────────────────── If YES, add 1 ⟶

**1**

◆ **Prior Juvenile Record** ────────────────────────── If YES, add 1 ⟶

**0**

◆ **Legally Restrained at Time of Offense** ─────────── If YES, add 3 ⟶

**3**

## Total Score ══════════════════════════════════⟶ **20**
If total is 5 or less, the guidelines sentence is **Probation/No Incarceration or Incarceration to 6 months.**
If total is 6 or more, go to Section C.

*Robbery Section A*

100

# Robbery ❖ Section C

Offender Name: WALDEN, LINWOOD GEQUAN

❖ **Primary Offense**

— Prior Record Classification —

☒ Category I ☐ Category II ☐ Other

*(scores for attempted/conspired offenses are in parentheses)*

A. Attempted or conspired robbery or carjacking without a gun or simulated gun (1 count) ... (20) ............. (10) ............... (5)
B. Attempted or conspired robbery or carjacking with gun or simulated gun (1 count) ......... (92) ............. (46) ............. (23)
C. Residence or street with gun or simulated gun
    1 count ............................................................................................ 192 ............. 128 ............... 64
    2 counts .......................................................................................... 270 ............. 180 ............... 90
    3 counts .......................................................................................... 444 ............. 296 ............. 148
D. Bank or business with gun or simulated gun
    1 count ............................................................................................ 168 ............. 112 ............... 56
    2 count ............................................................................................ 348 ............. 232 ............. 116
    3 counts .......................................................................................... 528 ............. 352 ............. 176
E. Residence, bank, business, street or carjacking without a gun or simulated gun
    1 count .............................................................................................. 84 ............... 56 ............... 28
    2 counts .......................................................................................... 162 ............. 108 ............... 54
    3 counts .......................................................................................... 336 ............. 224 ............. 112
F. Carjacking with gun or simulated gun (1 count) ............................................ 246 ............. 164 ............... 82

**Score**

| 270 |
|---|

❖ **Primary Offense Remaining Counts**    Assign points to each count of the offense not scored above and total the points

Maximum Penalty:   10 ................................................................................................................. 5
(years)     Life ............................................................................................................... 19

| 0 |
|---|

❖ **Additional Offenses**    Assign points to each additional offense (including counts) and total the points

Maximum Penalty:   Less than 2 ............... 0     20 ...................... 10
(years)     2, 3 ....................... 1     30 ...................... 14
      4, 5 ....................... 2     40 or more ......... 19
      10 .......................... 5

| 38 |
|---|

❖ **Type of Additional Offense:**

Second Degree Murder Conviction for Current Event  ————————————— If YES, add 63 ➤

| 0 |
|---|

❖ **Weapon Used**

Firearm/simulated firearm (firearm points included with primary offense) ....................... 0
Simulated weapon other than simulated firearm .......................................................... 7
Weapon other than firearm, knife or explosive .............................................................. 7
Knife ............................................................................................................................. 9
Explosive .................................................................................................................... 16

| 0 |
|---|

❖ **Prior Incarcerations / Commitments**  ————————————— If YES, add 7 ➤

| 7 |
|---|

❖ **Legally Restrained at Time of Offense**  ————————————— If YES, add 5 ➤

| 5 |
|---|

❖ **Prior Juvenile Record**  ————————————— If YES, add 8 ➤

| 0 |
|---|

**SCORE THE FOLLOWING FACTORS ONLY IF PRIMARY OFFENSE IS C, D, E, OR F:
COMPLETED ROBBERY OR CARJACKING [ §§ 18.2-58, 18.2-58.1]**

❖ **Victim Injury**    Threatened ................................................................................. 0
Emotional .................................................................................. 2
Physical or serious .................................................................... 6
Life Threatening ...................................................................... 23

| 6 |
|---|

❖ **Prior Convictions/Adjudications**    Assign points to the 5 most recent and serious prior record events and total the points

Maximum Penalty   Less than 2 ............... 0     20 ........................ 5
(years)     2, 3, 4, 5 ................ 1     30 ........................ 8
      10 .......................... 3     40 or more ......... 11

| 22 |
|---|

❖ **Prior Felony Convictions/Adjudications Against Person**

Number    1 ............................................................................................ 3
of Counts:   2 ............................................................................................ 7
      3 or more ............................................................................. 10

| 3 |
|---|

**SCORE THE FOLLOWING FACTOR ONLY IF PRIMARY OFFENSE IS  E OR F: COMPLETED CARJACKING [§18.2-58.1]**

❖ **Type of Additional Offense**

Additional offense of Felony Kidnapping or Felony Assault (other than use of firearm) ....... 57

| 0 |
|---|

**Total Score** ————————————➤

| 351 |
|---|

See **Robbery Section C Recommendation Table** for guidelines sentence range.

# Offense Details

**Offender Name:** WALDEN, LINWOOD GEQUAN

| | | | | | |
|---|---|---|---|---|---|
| Primary | | | | | |
| ROBBERY | | 2 | ROB-1207-F9 | 8/31/19 | CR19F0305500 |
| | | | | 08/31/19 | CR19F0305600 |
| Additional | | | | | |
| 1. | ABDUCT WITH INTENT TO GAIN PECUNIARY BENEFIT (EXTORTION) | 2 | KID-1012-F2 | 08/31/19 | CR19F0288800 |
| | | | | 08/31/19 | CRF190289100 |
| | | | | | RICHMOND CITY |

SEALED

102



# COMMONWEALTH *of VIRGINIA*

STEPHEN N. HOLMES, SR., CHIEF

PROBATION & PAROLE OFFICER

*Department of Corrections*
*Probation & Parole*
*District 1*

6866 EVERGLADES DRIVE

RICHMOND, VA 23225

PHONE: 804-786-0251

FAX: 804-786-0252

804-775-2512

Date: 7-1-2020

Any and all information contained in this Presentence
Report is considered CONFIDENTIAL and for
PROFESSIONAL USE and is not to be made
available to unauthorized persons
per Virginia Code 19.2-299

This Presentence Report is not to be duplicated
without approval from the Sentencing Court

SEALED

103

**Virginia Department of Corrections**

# Presentence Investigation Report

#### Offender Information

PSI # 460204

District Number P01

Date of Sentencing July 08, 2020  ~~8/31/2020~~  11/20/2020

Prepared By Thorne-Akers, Ernestine

Date Prepared 7-1-2020

| OFFENDER SUMMARY | | Offender's Name (Last, First Middle) Walden, Linwood Gequan, Jr. | | | |
|---|---|---|---|---|---|
| **Nickname/Street Name** Qualified;Wood | | **Alias(AKA)** See addendum to Page 1 | | **Maiden Name** | |
| **Race** Black | **Sex** Male | **Place of Birth (City or County) LOC/State** Richmond, Virginia | | **Age at Offense** 27 | **Date of Birth** |
| **Social Security Number** | | **State ID Number (CCRE)** 2060132W | | **FBI Number** 923027LD3 | |
| **Permanent Address** | | | | | |
| **Local Address (if different)** | | | | | |

| COURT INFORMATION | Court Richmond City Circuit | | Judge Honorable Clarence N. Jenkins, Jr. |
|---|---|---|---|
| **Prosecuting Attorney** Pettit, Brooke | **Defense Attorney** Defense Attorney Feinman, Annalisa Defense Attorney Efird, William | | **Type of Counsel** Court Appointed |
| **Date of Conviction** 01/21/2020 | **Method of Adjudication** Judge | | |
| **Pretrial Status** Confinement | **Source of Bond** N/A | | **Post Trial Status** Confined |
| **Pretrial Jail Status** | | | |
| | Pretrial Jail Status From | | Pretrial Jail Status To |

**OFFENSE INFORMATION**

| | Docket Number | Offense at Indictment | Plea Per Offense |
|---|---|---|---|
| 1 | 19-F-2888 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | Not Guilty |
| 2 | 19-F-2891 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | Not Guilty |
| 3 | 19-F-3055 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | Not Guilty |
| 4 | 19-F-3056 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | Not Guilty |

| | Offense at Conviction | Plea Agreement |
|---|---|---|
| 1 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | No |
| 2 | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | No |
| 3 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | No |
| 4 | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | No |

*Commonwealth's Exhibit No. 1*
*COMMONWEALTH VS. Linwood Walden*
*DATE 11/20/20 JUDGE*
*CASE NO.*
*amt w/o sty*

Page 1 - Offender Information

CONFIDENTIAL
493

- 408 -

| CODEFENDANTS | |
| --- | --- |
| **Name(Last, First Middle)** | **Disposition** |
| None | |

Addendum - Aliases AKA

| Also Known As |
| --- |
| QUEN, LINWOOD;WALDEN, LINWOOD G;Walden, Linwood Gequan;Walden, Wood Geq Uan;Walden, Linwood Gequan |



SEALED

# Current Offense Information

| MOST SERIOUS OFFENSE INFORMATION | Most Serious Offense at Indictment |
|---|---|
| | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} |

| Offense Date | No. of Co-Defendants | Resisting Arrest Charge | Type of Offense |
|---|---|---|---|
| 08/31/2019 | 0 | No | Person |

**Legal Status at the Time of Offense (check all that apply)**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Escaped | ☐ Offender | ☐ Mandatory Parole | ☐ Discretionary Parole | ☐ Probation | ☐ On Bond |
| ☐ Summons | ☐ Released on Recognizance | ☐ Post-Release | ☐ Community Program | ☑ Good Behavior | |
| ☐ Unsupervised Probation | ☐ Juvenile Probation | ☐ Missing Unknown | ☐ Other | ☐ None | |

| Weapon Use | Weapon Type |
|---|---|
| Used To Threaten | Firearm |

| Offender's Role in Offense | Current Arrest Date |
|---|---|
| Alone | 09/01/2019 |

| MOST SERIOUS OFFENSE VICTIM INFORMATION (CRIME AGAINST PERSON) | | Injury to Victim |
|---|---|---|
| | | Threatened |

| Victim Relationship to Offender | Physically Handicapped Victim | Victim Information | | |
|---|---|---|---|---|
| | No | Sex | Race | Age |

**Victim Impact Statement Requested**
**If Yes, Attach to Last Page of PSI**
No

| | Alcohol/Drug Use at Time of Offense |
|---|---|
| | None |

| Primary Drug: | Secondary Drug: |
|---|---|
| Amount | Amount |

SEALED



CONFIDENTIAL
495

Narrative of Current Offense:

## COMMONWEALTH'S VERSION:

The following information was provided by Assistant Commonwealth Attorney Pettit and should not be construed as verbatim evidence presented at trial:

On August 31, 2019, Caitlin Hill and Sonya Sheldon drove to DaVinci's in the City of Richmond to pick up a pizza. Sheldon waited in the front passenger's seat of the car while Hill went into the restaurant to get the food. After Hill returned to the car, Linwood Walden, a stranger to both women, got into the back seat. Hill told the defendant to get out of the car. The defendant began making threats to kill the women. He demanded their property, taking their cell phones and Sheldon's cigarettes and makeup bag. While continuing to make threats to shoot the women, the defendant ordered Hill to drive. He directed her to pull into an alley where he ordered the women to remove their clothing. When they refused, he struck Hill twice on the side of the head and told Sheldon that she'd see her friend's brains splattered on the sidewalk. The defendant then ordered Hill to drive to the Ocean Grocery. He also told Sheldon not to look at him, and she closed her eyes. When they arrived at the Ocean Grocery, the defendant directed Hill to go to the ATM in the store and take out $100.00. He followed Hill into the store, taking the money after she used her debit card in the ATM machine. The defendant than ran out of the Ocean Grocery. In the path in which he fled, Sheldon's makeup bag containing both victim's phones was recovered. Police made contact with the defendant in the area within minutes, but did not realize that he was the suspect until detectives were able to review surveillance footage from the Ocean Grocery. When the defendant was searched, he had currency and Sheldon's cigarettes on his person.

## OFFENDER'S VERSION:

Walden was interviewed at Richmond City Justice Center via video on April 14, 2020 and provided the following verbatim verbal statement regarding the instant offense:

"No comment."



CONFIDENTIAL
496

**REF:** Walden, Linwood G

| JUVENILE RECORD | Prior Juvenile Record | Type Of Record | Age at First Juvenile Deliquent Adjudication |
|---|---|---|---|
| | No | | 0 |

| Number Prior Juvenile Delinquent Adjudications | | | |
|---|---|---|---|
| Crimes Against Person | Crimes Against Property | Drug Crimes | Other |
| 0 | 0 | 0 | 0 |

| Type Of Dispositions | Verified Information | Source Of Information if Unverified | |
|---|---|---|---|
| | No | | |

**Narrative of Juvenile Criminal History**

Walden states he does not have a juvenile record. Any such record may be expunged due to his age.

SEALED


CONFIDENTIAL

| ADULT RECORD | Prior Adult Record<br>Yes | No. of Prior Felony Sentence Events<br>2 | No. Prior Felony Convictions For | | | |
|---|---|---|---|---|---|---|
| | | | Crimes Against Person | Property Crimes | Drug Crimes | Others |
| | | | 1 | 0 | 0 | 2 |

| No. of Prior Felony Convictions For Instant Offense at Conviction<br>1 | No. of Previous Felony Commitments | |
|---|---|---|
| | Virginia   1 | Out of State   0 |

**Most Recent and Serious Prior Criminal Adult Convictions**

Description

1. Probation: Violation On Felony Offense{PRB-4850-F9}{19.2-306} - 2012 Rob - 1
2. Robbery: On Or Near Street{ROB-1214-F9}{18.2-58} - 6-28-12
3. Fleeing From Law Enforcement Officer{JUS-4831-M1}{18.2-460(E)}
4. Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)}
5. Assault: (Misdemeanor){ASL-1313-M1}{18.2-57(A)}

| No. of Prior Probations | No. of Prior Paroles | No. of Prior Incarcerations Received | |
|---|---|---|---|
| Completed 0      Revoked 1 | Completed 0      Revoked 0 | Under One Year | One Year or More |
| | | 3 | 1 |

| Last Previous Arrest Date<br>12/11/2018 | No. Prior Misdemeanant Convictions | |
|---|---|---|
| | Criminal   8 | Criminal traffic   0 |

**Narrative of Adult Criminal History**

On December 10, 2012, Walden was convicted of Robbery and Use of a Firearm in Richmond Circuit Court before the Honorable Gregory L. Rupe, Judge. On that date, subject was sentenced to 20 years with 19 years suspended for Robbery. He was sentenced to three years for Use of a Firearm in a Felony.

The following is an offense summary provided by Assistant Commonwealth Attorney Pettit:

Related to the 2012 conviction, the following is an excerpt from a motion to consolidate offenses:

On June 28, 2012, in the City of Richmond, Arturo Zuniga was sitting in his car which was parked in a motel parking lot n the 6300 block of Midlothian Turnpike. An unknown black male with "big eyes" approached Mr. Zuniga, produced a small black handgun and demanded his personal property. Mr. Zuniga provided a detailed description of the suspect to police but no identity could be confirmed. On July 9, 2012, Sheria Parker was sitting in a parked car outside of a Family Dollar in the 6500 block of Midlothian Turnpike when an unknown black male with "big eyes" entered her vehicle and placed the barrel of a handgun against the back of her head. Again, personal property was demanded, a detailed description was provided to police but no identity could be confirmed. Finally on July 10, 2012, Frank Davis was robbed at gunpoint outside a motel in the 6600 block of Midlothian Turnpike. When police arrived, Mr. Walden was arrested on scene. He was wearing the clothing described by Ms. Parker, he matched the exact physical description provided by Mr. Zuniga and he was in possession of a BB gun matching the firearm described by both victims. Based on the description, the time span between crimes and the proximity of the locations to one another, the



investigating detectives decided to show both Mr. Zuniga and Ms. Parker photo lineups containing Mr. Walden's picture. Both victims positively identified Mr. Walden as the man who robbed them. All three robberies and their ancillary charges were brought in a single Presentment before the August 6 Richmond Grand Jury.

On May 2, 2016, Walden was released from the Department of Corrections to supervised probation in District One. Supervision was assigned to Gang Probation Officer Edwards based on subject's designation as a member of the Gangster Disciple Gang. Subject kept his initial appointments and reported seeking employment. He was placed in the Peer Support Group, a mandatory re-entry aftercare program, in June 2016. He obtained employment at Hewlett Packard in July 2016, but left the job due to inconsistent transportation. He reported interviewing at McDonald's. He also reported having problems due to his daughter passing away and a friend being killed. He expressed an interest in obtaining his GED. In September 2016, he reported helping his father with odd jobs in the community. He had moved in with a girlfriend, but had to return to his mother's residence because he could not reside in a "red zone". In November 2016, he tested positive for cocaine and marijuana. He was referred for a substance abuse treatment assessment. He was placed in the Men's Relapse Prevention Group beginning December 12, 2016. He was placed on the random urine screen program. He missed a few urine screens and group sessions. The counselor noted that he participated and completed assignments when he attended. He reported working through a temporary agency. On January 18, 2017, subject left the district office without meeting with his substance abuse counselor and probation officer to address his program attendance and why he shouldn't be discharged. He was unsuccessfully discharged from group on that date. He reported working by helping his wife take care of a disabled person. He obtained employment at Applebees in March 2017. Subject tested positive for Cocaine and Marijuana. A Violation Report was filed on March 30, 2017. A Capias was issued on April 6, 2017.

Walden appeared in Richmond Circuit Court before Judge Designate Stout on August 1, 2017 for Probation Violation. On that date, his 19 year suspended sentence was revoked, but 18 years and five months were resuspended. He was removed from supervised probation.

Walden was released from jail on October 13, 2017.

| Gangs & STG | Confirmed Gangs & STG |
|---|---|

**Gangs & STG Narrative**

According to Department of Corrections file material, subject was classified as a member of the Gangsta Disciples Gang.



| MARITAL/RESIDENTIAL STABILITY | Number of Dependents 1 | Marital Status Single/Never Married | Living Status Other |
|---|---|---|---|

| Length of Residence at Current Address | Length of Residence in Local Area | Length of Residence Apart from Parents | Has Any Member of Offender's Family Ever Been Convicted of a Felony? |
|---|---|---|---|
| Years 2    Months 4 | Years 28    Months 0 | Years 8    Months 0 | No |

| Spouse Name/Address |
|---|

**Narrative of Family/Environmental Information**

The following information was obtained from subject. An attempt to contact his mother was unsuccessful.

**Father: Linwood G. Walden**, age 82, resides at ... ......... .... ........., Chesterfield, Virginia. He attended high school and he worked as a tractor ...... .... ..er for ... years. He also was a part-owner of two car washes. He is in good health, has no k.... .n hist... of alcohol or substance abuse and has no known criminal record.

**Mother: Lashawn Manuel**, age 49, .. ............ ... .... Richmond, Virginia. She is a high school graduate and is empl ...ed as a nurs.. .h.. ..n good health, has no known history of alcohol or substance abuse and ..... ....wn cri... record.

Subject states he has st.. -brothe.. n ... .ath.. s side, but he doesn't know anything about them.

**Daughter:** ..... ... No.. ber 19, 2012, passed away on February 15, 2016 as a result of homicide.

**Son:** ....., .. .. ...h 25, 2017, resides at ............., Richmond, Virginia.

**DOM.. ... .N. .NMENTAL SUMMARY:**

Walden is th.. .... .ld born to the relationship of Linwood Walden and Lashawn Manuel. He was raised by his parents in the Blackwell area of Richmond in a single-family dwelling. He was provided adequate food, clothes and shelter. He received love, guidance and discipline. Education and religion were emphasized in the household. No type of abuse reported. He reports no alcohol or drug use in his family life. He reports a traumatic experience of the loss of his three year old daughter who was beat to death by her godmother on February 15, 2016.

Walden states he left home when he was 19 years old and went to live with his girlfriend. He has been working to support himself and his family. He indicates he has a good relationship with his family.



| EDUCATION | Highest Education Achievement Years<br>Technical/Trade | Name/Location of Last School Attended<br>Department of Correctional Education |
|---|---|---|

**Education Narrative**

Walden states he attended Boushall Middle School before being transferred to Capital City Program, an alternative school, after defending himself in a fight. He was subsequently transferred to the Adult Career Development Center for the 11th grade. He reports his grades were average and his attendance was good. He states he was on the football team.

Walden reports he obtained his GED in 2016 while at Sussex I State Prison. He also reports receiving vocational training in painting and drywall while in the Department of Corrections.

| MILITARY HISTORY | N/A | Current Military Status | Length of Service<br>Years  0 | | Months  0 |
|---|---|---|---|---|---|
| Dates of Service<br>From          To | | Type Of Discharge | | | |

**Military History Narrative**

| SOCIAL/RELIGIOUS ACTIVITIES | Social Actvities<br>Non Constuctive |
|---|---|
| Religion<br>Active | Religious Preference<br>Muslim |

**Social/Religious Activities Narrative**

Walden states in his spare time he enjoys reading and spending time with his child.

Walden reports his religious preference is Sunni Muslim. He indicates he attends mosque eight times a month. He states he is a member of Abubakr Masjid located on North Avenue. In regards to his feelings about religion and its role in his life, he states religion "definitely made me understand a lot more about self and life. I have realized the obedience one must have in order to submit to God."

SEALED

CONFIDENTIAL

## EMPLOYMENT HISTORY

| Employment at Time of Offense | Type of Employment |
|---|---|
| Unemployed | Semi-Skilled |
| **Description of Occupation** | **Employment Record Over the Past Two Years** |
| Stock Clerks and Order Fillers | Irregular |
| **Length of Longest Employment** | **Longest Employment Period Within Past Two Years** |
| 2 Year(s) and 0 Month(s) | 0 Year(s) and 4 Month(s) |

**Employment History Narrative**

Walden states he was unemployed at the time of the offense.

Arby's – 12th Street, Richmond, VA

Walden states he was employed as a cook for four months in 2019. His salary was $9.00 per hour. His job ended due to his incarceration.

Food Lion – 5620 Hull Street, Richmond, VA

Subject reports he was employed as a stock person from 2010 to 2012. His salary was $8.50 per hour. He states he was laid off.

Skateland – 5512 Hull Street, Richmond, VA

Subject reports he was employed from 2008 to 2011 for the roller skating company. His job duties including teaching skating, deejaying and stocking skating supplies. He reports his salary was $7.25 per hour. His job ended due to the closure of the business.

Buzz Thru Car Wash – 5223 Midlothian Turnpike, Richmond, VA

Subject reports he began working at his father's car wash business when he was ten years old. He helped with maintenance and performed inventory. When he got older, his father paid him "under the table." He stopped working there when he was 19 years old because his father retired from the business.

| FINANCIAL STATUS | Residence | Checking Account | Savings Account | Gross Monthly Income Claimed |
|---|---|---|---|---|
| | Other | No | Yes | |
| **Total Indebtedness Claimed** | | | | |
| **Total Monthly Payments Claimed** | **Source(s) of Subsistence** | | | |

CONFIDENTIAL


**Financial Status Narrative**

Walden reports he owns a 2012 Toyota Corolla.  He reports no outstanding bills.



SEALED

CONFIDENTIAL
503

| HEALTH INFORMATION | Physical Health Condition<br>Good | Physical Handicaps<br>No | Mental Health Treatment<br>No | Mental Health Commitment<br>No |
|---|---|---|---|---|
| Mental Health Treatment Type<br>N/A | | Mental Health Commitment Type<br>N/A | | |

| Drug Use Claimed<br>Moderate use | | | Drug Abuse Apparent<br>No | Drug Treatment<br>No |
|---|---|---|---|---|

| Type of substances Claimed<br>Marijuana | | | | |
|---|---|---|---|---|
| Alcohol Use Claimed<br>Moderate use | | | Alcohol Abuse Apparent<br>No | Alcohol Treatment<br>No |

| Height<br>6' 0" | | Weight<br>175 Lbs. | Color Eyes<br>Brown | Color Hair<br>Black |
|---|---|---|---|---|

**Scars, Marks, Tattoos**

Tattoo shoulder, right: Star of David (GD); "19" - Tattoo forearm, nonspecific: South Side - Tattoo forearm, nonspecific: Team Finest - Tattoo neck: "BLACKWELL" - Tattoo chest: "roses and mom and dad", - Tattoo arm, left upper: "a woman bent over wearing stocking & garter - Tattoo forearm, right: "Team" - Tattoo forearm, left: "Flyest" - Tattoo forearm, nonspecific: various tattoos - Tattoo hand, nonspecific: "LG GMG" - Tattoo arm, right: "Women" - Tattoo arm, left: "Loyalty", "True", "Adore Naque", "Truly Blessed", "Crystal", "OTM", a clown w/ a hat - Tattoo arm, right: a skull, "Love Mickey", daughter's picture, "Latrice, a lotus flower, "Team", a skull, skinches (bricks/black windows of prison) - Tattoo abdomen: flames, "MOE", music symbol, a skull w/ a skully hat - Tattoo shoulder, left: "92" - Tattoo chest: an angel of life, "best friends"

**Health Information Narrative**

Walden reports having the normal childhood illnesses. He reports no known allergies. He denies having any serious illnesses, accidents, injuries or hospitalizations. He describes his current health as good.

**Mental Health Information Narrative**

Walden reports no history of mental health treatment.

**Substance Abuse Information Narrative**

Walden reports he began smoking marijuana when he was 15 years old. He describes his usage as moderate. He does not feel that he has a drug problem and does not feel that he needs treatment.

Walden reports he began consuming alcoholic beverages when he was 18 years old. He describes his drinking as moderate. He does not feel that he has an alcohol problem and does not feel that he needs treatment.



| COMMUNITY SUPERVISION PLAN | Residence Plan<br>To Be Secured |
|---|---|

| | Residence | | Employment |
|---|---|---|---|
| Name | Transitional Housing | Name | |
| Address | To be secured | Address | |
| Telephone | | Telephone | |

**Offender's Plan of Restitution**

Walden states he will work to pay any court ordered financial obligations.

**Offender's Community Plan to Help Self**

Walden states he wants to obtain employment. He wants to be successful, own businesses, give back to the community, raise his children to be better and different than what he's been and he will worship the Lord.

**Community Resource Proposed for Offender Assistance**

Walden could benefit from a substance abuse treatment assessment, random urine screens and cognitive counseling.

**Recommendation**
No Recommendation

**Recommendation Summrary**

*Ernestine Thorne-Akers*

Probation & Parole Officer
Thorne-Akers, Ernestine

SEALED



CONFIDENTIAL

# Criminal History Attachment

| PRIOR RECORD | Offender's Name (Last, First Middle) |
|---|---|
| | Walden, Linwood Gequan, Jr. |

| FBI Number | State ID Number (CCRE) | DOC Number | |
|---|---|---|---|
| 923027LD3 | 2060132W | 1469223 | |
| **Race** | **Sex** | **Date of Birth** | **Social Security Number** |
| Black | Male | | |

Criminal History Narrative

| Offense Date | Jurisdiction | Charged Offense | Convicted Offense | Sentence Date | Sentencing |
|---|---|---|---|---|---|
| 05/08/2011 (O) | Richmond City Circuit | Grand Larceny: >=$200 Not From A Person{LAR-2359-F9}{18.2-95(ii)} amended to Misd. Rec. Stolen Goods | N/A | 01/26/2012 | Deferred Finding of Guilt/Under Advisement |
| 05/15/2011 (O) | Richmond City JDR | Assault & Battery - Family Member(ASL-1315-M1){18.2-57.2(A)} | N/A | 09/22/2011 | Dismissed |
| 05/15/2011 (O) | Richmond City JDR | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 09/22/2011 | Dismissed |
| 06/15/2011 (O) | Richmond City - Mnchstr GDC | Contempt Of Court: Fail To Appear Capias{CON-5025-S9}{18.2-456} | N/A | 07/20/2011 | Nolle Prossed |
| 06/15/2011 (O) | Richmond City - Mnchstr GDC | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | Same | 07/20/2011 | 10 days suspd.; $100 fine; $77 costs |
| 06/15/2011 (O) | Richmond City - Mnchstr GDC | Failure To Appear: On Misdemeanor Offense{FTA-5020-M1}{19.2-128(C)} | N/A | 07/20/2011 | Nolle Prossed |
| 06/28/2011 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | Same | 12/10/2012 | 3 yrs.; $836 costs |
| 07/01/2011 (O) | Richmond City JDR | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 09/22/2011 | Nolle Prossed |
| 03/30/2012 (O) | Richmond City - Mnchstr GDC | Trespass: After Being Forbidden To Do So{TRS-5709-M1}{18.2-119} | N/A | 06/04/2012 | Nolle Prossed |
| 05/10/2012 (O) | Richmond City - Mnchstr GDC | Alcohol: Purch/Possess By Person <21Y{ALC-4165-M1}{4.1-305(A)} | N/A | 07/18/2012 | Dismissed |
| 06/28/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1}, 2 counts | N/A | 12/10/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City Circuit | (Attempted)Robbery: On Or Near Street{ROB-1214-A9}{18.2-58} | N/A | 12/10/2012 | Nolle Prossed |


CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 06/28/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 12/10/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | N/A | 12/10/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City - Mnchstr GDC | Robbery: Residence{ROB-1215-F9}{18.2-58} | N/A | 08/08/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City - Mnchstr GDC | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 08/08/2012 | Nolle Prossed |
| 06/28/2012 (O) | Richmond City Circuit | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | N/A | 12/10/2012 | Nolle Prossed |
| 07/09/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 12/10/2012 | Nolle Prossed |
| 07/09/2012 (O) | Richmond City Circuit | Robbery: Street W/ Use Of Gun Or Simulated Gun{ROB-1204-F9}{18.2-58} | N/A | 12/10/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | N/A | 12/10/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1} | N/A | 12/10/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City - Mnchstr GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 08/01/2012 | Nolle Prossed |
| 07/10/2012 (O) | Richmond City - Mnchstr GDC | Firearm/Etc: Pointing/Brandishing {WPN-5251-M1}{18.2-282(A)} | N/A | 08/01/2012 | Nolle Prossed |
| 04/08/2012 (A) | Richmond City Circuit | Robbery: On Or Near Street{ROB-1214-F9}{18.2-58} 6-28-12 | Same | 12/10/2012 | 20 yrs. w/ 19 yrs. suspd.; supv. prob.; $981 costs; $250 rest to Mr. Zuniga; $46 rest. to Ms. Parker to be paid thru prob. |
| 04/18/2013 (O) | Richmond City - Crim GDC | Assault: (Misdemeanor){ASL-1313-M1}{18.2-57(A)} | Same | 05/22/2013 | 12 mos. w/ 11 mos. suspd.; 3 yrs. unsupv. prob.; $222 costs |
| 05/02/2016 | | Release to supv. prob. Dist. #1 | | | |
| 12/31/2016 (O) | Chesterfield GDC | Traffic:Failure To Wear Seatbelts (front Seat){EQU-6570-I9}{46.2-1094} | Same | 02/10/2017 | $25 fine |
| 03/25/2017 (O) | Richmond City - Crim GDC | Robbery: Residence{ROB-1215-F9}{18.2-58} | N/A | 05/27/2017 | Nolle Prossed |


CONFIDENTIAL 507

| | | | | | |
|---|---|---|---|---|---|
| 04/06/2017 (O) | Richmond City Circuit | Probation: Violation On Felony Offense{PRB-4850-F9}{19.2-306} 2012 Rob - 1 | Same | 08/01/2017 | 19 yrs. rev. w/ 18 yrs. 5 mos. resuspd.; remove from prob.; $1059 costs |
| 12/29/2017 (O) | Richmond City JDR | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 04/11/2018 | Dismissed |
| 02/19/2018 (O) | Richmond City JDR | Assault & Battery - Family Member{ASL-1315-M1}{18.2-57.2(A)} | N/A | 04/11/2018 | Dismissed |
| 06/06/2018 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 10/10/2018 | Nolle Prossed |
| 06/07/2018 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | Same | 10/10/2018 | 12 mos. suspd.; $202 costs; 3 yrs. unsupv. prob. |
| 07/02/2018 (O) | Richmond City - Crim GDC | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | Same | 10/10/2018 | $50 fine; $82 costs |
| 08/02/2018 (O) | Richmond City JDR | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 11/01/2018 | Dismissed |
| 08/16/2018 (O) | Richmond City JDR | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | 11/26/2018 | Nolle Prossed |
| 09/04/2018 (O) | Richmond City - Crim GDC | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 10/10/2018 | Nolle Prossed |
| 09/19/2018 (O) | Richmond City JDR | Contempt Of Court: W/O Jury{CON-3210-S9}{18.2-456} | N/A | 11/26/2018 | Dismissed |
| 10/09/2018 (O) | Richmond City - Mnchstr GDC | Stolen Goods: Buy/Receive, Larceny >=$500{LAR-2808-F9}{18.2-108(A)} | Stolen Goods: Buy/Receive, Larceny <$500{LAR-2809-M1}{18.2-108(A)} | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; $377.11 rest.; 3 yrs. unsupv. prob.; $207 costs |
| 10/11/2018 (O) | Richmond City - Crim GDC | Credit Card Larceny: Take/Obtain No. {FRD-2360-F9}{18.2-192(1)(a)} | Credit Card Fraud: By Person, <=$200 In 6M{FRD-2636-M1}{18.2-195(1)} | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; 3 yrs. unsupv. prob.; $232 costs |
| 10/17/2018 (O) | Richmond City - Crim GDC | Fleeing From Law Enforcement Officer{JUS-4831-M1}{18.2-460(E)} | Same | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; 3 yrs. unsupv. prob.; $207 costs |
| 10/27/2018 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | Same | 01/10/2019 | 12 mos. w/ 9 mos. suspd.; 3 yrs. unsupv. prob.; $207 costs |
| 10/27/2018 (O) | Richmond City - Crim GDC | Forging Instruments: Make/Possess{FRD-2515-F4}{18.2-171} | N/A | 01/10/2019 | Nolle Prossed |
| 11/23/2018 (O) | Richmond City - Crim GDC | Contempt Of Court: Disobey Process, Judgment/Etc{CON-3283-S9}{18.2-456(5)} | N/A | 12/14/2018 | Dismissed |

CONFIDENTIAL 

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/24/2018 (O) | Richmond City - Crim GDC | Bailee: Viol Cond Of Release/Pretrial{BND-9975-S9}{19.2-123} | N/A | | 01/10/2019 | Dismissed |
| 08/05/2019 (O) | Richmond City - Crim GDC | Petit Larceny: <$200 Not From A Person{LAR-2366-M1}{18.2-96(2)} | N/A | | 10/09/2019 | Nolle Prossed |
| 08/31/2019 (O) | Richmond City Circuit | Abduction: To Gain Pecuniary Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | Same | | 07/08/2020 | Current Offense |
| 08/31/2019 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 2Nd+ Off{ASL-1323-F9}{18.2-53.1}, 2 counts | N/A | | 01/21/2020 | Nolle Prossed |
| 08/31/2019 (O) | Richmond City Circuit | Firearm: Use In Commission Of Felony, 1st Off{ASL-1319-F9}{18.2-53.1}, 2 counts | N/A | | 01/21/2020 | Nolle Prossed |
| 08/31/2019 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | Same | | 07/08/2020 | Current Offense |
| 08/31/2019 (O) | Richmond City Circuit | Robbery: Residence W/ Use Of Gun/Simulated Gun{ROB-1207-F9}{18.2-58} | Same | | 07/08/2020 | Current Offense |
| 08/31/2019 (O) | Richmond City Circuit | Abduction: To Gain Pecuniay Benefit (Extortion){KID-1012-F2}{18.2-48(i)} | Same | | 07/08/2020 | Current Offense |
| 01/03/2020 (O) | Richmond City - Crim GDC | Fail To Pay Restitution{SSV-4846-S9}{19.2-305.2} | N/A | | 01/15/2020 | Other |

*Ernestine Thorne Akers*

**Probation & Parole Officer**
**Thorne-Akers, Ernestine**

SEALED

CONFIDENTIAL
509